# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): LUIS M. MATOS

**DEFENDANT – U.S. vs.**

ROBERT A. URCIOULI

Address [redacted]

Birth Date [redacted]

☒ Male ☐ Female ☐ Alien (if applicable)

Social Security Number [redacted]

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40 . Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under ▶

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶

*Or... if Arresting Agency & Warrant were not Federal*

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

Count 1: 18 U.S.C. Sections 1341, 1346, 371 - Conspiracy to Deprive Citizens of Honest Services
Counts 3-38: 18 U.S.C. Sections 2, 1341, 1346 -Mail Fraud

Penalties:
Count 1: 5 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment.
Counts 3-38: 20 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment

Estimated time for trial: 4 weeks

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): LUIS M. MATOS

**DEFENDANT – U.S. vs.**

FRANCES P. DRISCOLL

Address [redacted]

Birth Date [redacted]

☐ Male ☒ Female ☐ Alien (if applicable)

Social Security Number [redacted]

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40 . Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under ▶

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶

Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

Count 1: 18 U.S.C. Sections 1341, 1346, 371 - Conspiracy to Deprive Citizens of Honest Services
Counts 2: 18 U.S.C. Sections 2, 1341, 1346 - Mail Fraud

Penalties:
Counts 1&2: 5 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment.

Estimated time for trial: 4 weeks

This form was electronically produced by Elite Federal Forms, Inc. - mod HI (11/00)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): LUIS M. MATOS

**DEFENDANT – U.S. vs.**

PETER J. SANGERMANO, JR.

Address [redacted]

Birth Date [redacted] ☒ Male ☐ Female ☐ Alien (if applicable)

Social Security Number [redacted]

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40 . Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under ▶

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶
Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

Count 1: 18 U.S.C. Sections 1341, 1346, 317: Conspiracy to Deprive Citizens of Honest Services
Counts 3-38: 18 U.S.C. Sections 2, 1341, 1346 - Mail Fraud

Penalties:
Count 1: 5 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment.
Counts 3-38: 20 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment.

Estimated time for trial: 4 weeks

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): LUIS M. MATOS

**DEFENDANT – U.S. vs.**

ROGER WILLIAMS MEDICAL CENTER

Address [redacted]

Birth Date

☐ Male ☐ Female

☐ Alien (if applicable)

Social Security Number

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under ▶

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶

Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

Count 1: 18 U.S.C. Sections 1341, 1346, 317: Conspiracy to Deprive Citizens of Honest Services
Counts 3-38: 18 U.S.C. Sections 2, 1341, 1346 - Mail Fraud

Penalties:
Count 1: $500,000 fine; 5 years probation.
Counts 3-38: $500,000 fine; 5 years probation.

Estimated time for trial: 4 weeks