AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States of America

v.

Frances P. Driscoll

APPEARANCE

CASE NUMBER: CR-06-02T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant Frances P. Driscoll

I certify that I am admitted to practice in this court.

January 12, 2006
*Date*

*Signature*

Kevin J. Bristow
*Print Name*

3984
*Bar Number*

505 Turks Head Building
*Address*

Providence, RI
*City* *State*

02903
*Zip Code*

401-521-2800
*Phone Number*

401-521-2812
*Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

SCANNED