**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CR 06-02-2T** |
| | : | |
| **ROBERT A. URCIUOLI,** | : | |
| **FRANCES P. DRISCOLL, and** | : | |
| **PETER SANGERMANO, JR.,** | : | |

**UNITED STATES' OBJECTION TO DEFENDANT**
**DRISCOLL'S MOTION TO DISMISS THE INDICTMENT**

On April 3, 2006, Defendant Frances Driscoll filed a Motion to Dismiss the Indictment. For the reasons stated in the accompanying memorandum of law filed simultaneously herewith, the United States objects to the motion.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

Dated: April 17, 2006

Dulce Donovan

LUIS M. MATOS
DULCE DONOVAN
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of April, 2006, I caused to be sent by first class regular mail a true copy of the within United States' Objection to Defendant Driscoll's Motion to Dismiss the Indictment to:

Richard M. Egbert, Esq.
99 Summer Street
Suite 1800
Boston, MA 02110

Kevin J. Bristow, Esq.
501 Turks Head Building
Providence, RI 02903

John A. Pappolardo, Esq.
James P. Redding, Esq.
Greenburg Traurig LLP
One International Place
Boston, MA 02110

Michael J. Connolly
Hinckley Allen Snyder LLP
28 State Street
Boston, MA 02109

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CR 06-02-2T** |
| | : | |
| **ROBERT A. URCIUOLI,** | : | |
| **FRANCES P. DRISCOLL, and** | : | |
| **PETER SANGERMANO, JR.** | : | |

**UNITED STATES' MEMORANDUM IN SUPPORT OF ITS OBJECTION TO DEFENDANT DRISCOLL'S MOTION TO DISMISS THE INDICTMENT**

On January 5, 2006, a federal grand jury returned an indictment charging Defendants Robert A. Urciuoli, Frances P. Driscoll, and Peter J. Sangermano with conspiracy to commit honest services mail fraud.[1] The Indictment also charges Defendant Driscoll with one count of honest services mail fraud and Defendants Urciuoli and Sangermano with thirty-six counts of honest services mail fraud. On April 3, 2006, Defendant Driscoll filed a Motion to Dismiss the Indictment.[2]

In moving to dismiss the Indictment, Driscoll relies exclusively on the arguments put forth by Defendant Urciuoli in his Memorandum in Support of his Motion to Dismiss. The only additional facts Driscoll asserts are facts for which she provides no evidentiary support and, in

---

[1] The Indictment also named Roger Williams Medical Center (RWMC) in Counts 1 and 3-38. As the Court is aware, subsequent to the Indictment being filed, Defendant RWMC entered into a Deferred Prosecution Agreement ("DPA") with the United States. Pursuant to the terms of the DPA, and the United States' Motion to Dismiss RWMC from the Indictment, on April 8, 2006, the Court dismissed RWMC from the case.

[2] Additionally, Defendants Urciuoli and Sangermano have filed separate motions to dismiss. Defendant Sangermano's motion, like Driscoll's substantially incorporates the arguments Urciuoli posits in support of his motion. The United States is filing separate objections, with supporting memoranda, addressing Urciuoli and Sangermano's motions.

any event, are outside the allegations in the Indictment. See Def.'s Mem. in Supp. of her Mot. to Dismiss at 2. Thus, as articulated more thoroughly in the United States' Memorandum in Support of its Objection to Defendant Urciuoli's motion, these facts are not appropriately considered by the Court in considering Driscoll's motion to dismiss. See United States v. Sampson, 371 U.S. 75, 78-79 (1962). Moreover, because Driscoll explicitly incorporates and indeed repeats the arguments put forth by Defendant Urciuoli in favor of dismissal, in opposing Driscoll's motion, the United States respectfully incorporates all the arguments it has put forth in its memorandum supporting its objection to Urciuoli's motion. Based on those arguments, the United States respectfully requests that Driscoll's motion be denied.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

Dated: April 17, 2006

LUIS M. MATOS
DULCE DONOVAN
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of April, 2006, I caused to be sent by first class regular mail a true copy of the within United States' Memorandum in Support of its Objection to Defendant Driscoll's Motion to Dismiss the Indictment to:

Richard M. Egbert, Esq.
99 Summer Street
Suite 1800
Boston, MA 02110

Kevin J. Bristow, Esq.
501 Turks Head Building
Providence, RI 02903

John A. Pappolardo, Esq.
James P. Redding, Esq.
Greenburg Traurig LLP
One International Place
Boston, MA 02110

Michael J. Connolly
Hinckley Allen Snyder LLP
28 State Street
Boston, MA 02109

