**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**vs.** **CRIMINAL NO. 06-02T**

**ROBERT A. URCIUOLI,**
**FRANCES P. DRISCOLL, and**
**PETER J. SANGERMANO, JR.**

**ASSENTED TO MOTION OF DEFENDANT FRANCES P. DRISCOLL FOR AN EXTENSION OF TIME IN WHICH TO FILE DISCOVERY MOTIONS**

Defendant Frances P. Driscoll hereby respectfully moves that this Court modify its March 23, 2006 Order and extend by two weeks the time in which Mrs. Driscoll has to file discovery motions from May 8 to May 22, 2006. In support of this Motion, the Defendant avers the following:

1. It is anticipated that additional discovery will be received from the Government.

2. The Defendant has unresolved discovery issues with the Government that she is trying to resolve without the formal intervention of the Court.

3. The Government does not object to Defendant's Motion for an Extension of Time. Counsel for Mrs. Driscoll spoke with A.U.S.A. Dulce Donovan who assented to the instant Motion.

4. This extension is necessary for the Defendant to adequately address outstanding discovery issues with the Government and otherwise is in the interest of justice.

WHEREFORE, Mrs. Driscoll respectfully requests that the Court modify its March 23, 2006 Order and extend the time in which the Defendant has to file discovery motions until May 22, 2006.

Respectfully submitted,

FRANCES P. DRISCOLL
By her attorney,

Kevin J. Bristow, R.I. Bar Reg. No. 3984
505 Turks Head Building
Providence, R.I. 02903
401-521-2800
Fax 401-521-2812
kjbristowlaw@verizon.net

Dated: May 8, 2006

**Certification**

I certify that on May 8, 2006 I caused a true copy of this Motion to be sent via pre-paid First Class U.S. Mail to A.U.S.A. Luis M. Matos, A.U.S.A. Dulce Donovan; Attorney Michael J. Connolly, Attorney Richard M. Egbert, and Attorney James P. Redding to their normal place of business listed with this Court.