**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**vs.** **CRIMINAL NO. 06-02T**

**ROBERT A. URCIUOLI,**
**FRANCES P. DRISCOLL, and**
**PETER J. SANGERMANO, JR.**

**ASSENTED TO MOTION OF DEFENDANT FRANCES P. DRISCOLL FOR AN EXTENSION OF TIME IN WHICH TO FILE DISCOVERY MOTIONS**

Defendant Frances P. Driscoll hereby respectfully moves that this Court modify its May 16, 2006 Order and extend by two additional weeks the time in which Mrs. Driscoll has to file discovery motions from May 22 to June 5, 2006. In support of this Motion, the Defendant avers the following:

1. Defense counsel has been engaged in a protracted jury trial on a Rhode Island State criminal matter in Washington County Superior Court and is therefore unable to file Defendant Driscoll's discovery motions with the Court on May 22, 2006.

2. This extension is necessary for the Defendant to adequately address outstanding discovery issues with the Government and otherwise is in the interest of justice.

3. The Government has assented to the extension of time requested in this Motion.

4. No additional requests for an extension of time will be filed with the Court.

WHEREFORE, Mrs. Driscoll respectfully requests that the Court modify its May 16, 2006 Order and extend the time in which the Defendant has to file discovery motions until June 5, 2006.

Respectfully submitted,

FRANCES P. DRISCOLL
By her attorney,

Kevin J. Bristow, R.I. Bar Reg. No. 3984
505 Turks Head Building
Providence, R.I. 02903
401-521-2800
Fax 401-521-2812
kjbristowlaw@verizon.net

Dated: May 22, 2006

**Certification**

I certify that on May 22, 2006 I caused a true copy of this Motion to be sent via pre-paid First Class U.S. Mail to A.U.S.A. Luis M. Matos, A.U.S.A. Dulce Donovan; Attorney Michael J. Connolly, Attorney Richard M. Egbert, and Attorney James P. Redding to their normal place of business listed with this Court.