at Mr. U's private residence. Further it is alleged that a $3200 custom cabinet (PO # 53846 --1996) over $8000 in computer equipment were charged to the hospital's materials account for this home ice.

8) It is alleged that tens of thousands of dollars in charges have been made to the petty cash account anc disbursed from the President's checkbook without proper documentation (often without any documentation) as required by HCFA and IRS policy for a nonprofit organization.

9) It is alleged that Mr. U. placed State Senator John Celona in a $30,000/yr. "no show" job at the Assiste Living Center as a quid pro quo for political support on several prior hospital issues. These moneys are derived from the "profit" disbursements made by the center (a joint venture) to the RWMC Corporation. In effect these are hospital dollars. Senator Celona on several occasions after the contract spoke on behalf of Hospital issues before the legislature and at other public forums without identifying himself as a agent ( the hospital. Subsequently he has registered as an employee of the "Center" and been advised by the legislative ethics committee to refrain from votes or testimony on "Center" related issues. It is alleged that Senator Celona, a power tool salesman, has no training or skill regarding senior health issues.

10)

1)

2)

3)

4)

1)