FRANCES P. DRISCOLL
FEB 1 7 1998
VP PUBLIC RELATIONS & DEV

# Fax Transmission

## Senator John A. Celona

District 36 - North Providence

State of Rhode Island and Providence Plantations

1500 Mineral Spring Avenue
North Providence, Rhode Island 02904-3130

State House, Room 114, Providence, Rhode Island 02903

Office: 401-222-4541
Voice Mail: 401-222-6640, Ext. 136
Pager: 786-3330 FAX: 401-353-6155

**To:** Frances P. Driscoll, APR.
**Date:** 2-17-98
**FAX Number:** 456-2282
**Number of pages, including cover:** 4
**SUBJECT:** Fran – enclosed is a copy of 98-H 8229.

Thank you — John

NOT PRINTED OR TRANSMITTED AT GOVERNMENT EXPENSE.

CONFIDENTIAL
GPH 000830