# MEMORANDUM

TO: FRAN DRISCOLL, APR

FROM: JOHN A. CELONA

DATE: MARCH 6, 1998

SUBJECT: EMERGENCY TRANSPORTATION RUNS TO RWMC FROM NORTH PROVIDENCE.

Today, I have spoken with North Providence Fire Department Chief Bernard Charello. In that discussion, I expressed my concern for patient choice during emergency transportations, excluding the provisions cited in Sections 6.1 and 6.2.

Chief Charello has assured me that he will direct emergency transportation services to recognize patient choice and specifically recognize the needs of RWMC patients.

[redacted]