FRANCES P. DRISCOLL
JUN 24 1998
VP PUBLIC RELATIONS & DEV

# MEMORANDUM

TO: FRAN DRISCOLL, APR

FROM: JOHN A. CELONA

DATE: June 23, 1998

SUBJECT: Update of Activities

Met with Karen Testa, Executive Director for the Salvatore Mancini Center on Aging and Lori Zito of the Village at Elmhurst on Tuesday, June 23 at 12:00 noon at the Village for a tour and lunch. I suggested that , The Village's assisted living Insurance representative conduct a clinic at the Mancini Center to explain the necessity of retirement insurance for future residents at facilities such as the Village at Elmhurst. This event is tentatively scheduled for the Fall of 1998. I will interact with Ms. Testa and Ms. Zito to ensure that the presentation is held.

Received an invitation from Sr. Virginia Daly, Executive Director for the Fruit Hill Day Center for Elderly to speak at their annual Walkathon fund-raiser on September 19th. Upon accepting the invitation, I intend to request that a visit to the Village at Elmhurst be undertaken. In addition, I intend to speak with Arlene Troia regarding

a RWMC health presentation at the Fruit Hill Day Center for Elderly.

[redacted]