UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAY 30 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, :
:
v. : CR 06-02T
:
ROBERT A. URCIUOLI, :
FRANCES P. DRISCOLL, and :
PETER SANGERMANO, JR., :

**UNITED STATES' MOTION TO EXCEED THE PAGE LIMIT FOR ITS MEMORANDUM FILED IN SUPPORT OF ITS OBJECTION TO DEFENDANT DRISCOLL'S MOTION TO SEVER**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Luis M. Matos and Dulce Donovan, Assistant U. S. Attorneys, and moves this Court to allow the government to file a Memorandum in support of its Objection to Defendant Driscoll's Motion to Sever which exceeds ten pages. The United States does not expect its Memorandum will exceed fourteen (14) pages. In support of the instant motion, the United States avers that Defendant Driscoll's motion for severance contains several supporting arguments and that it is not possible to address each of her proffered bases for severance in a memorandum of ten pages. Counsel for the United States attempted to reach counsel for Defendant Driscoll in order to ascertain whether he objects to this motion, but counsel was not available.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorneys

LUIS M. MATOS
DULCE DONOVAN
Assistant U.S. Attorneys

GRANTED
Ernest C. Torres
Chief, US District Judge
6/2/2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of ~~April~~ May, 2006, I mailed a true copy of the within Government's Motion To File Memorandum Exceeding Ten Pages, ordinary mail and postage prepaid to:

Michael J. Connolly
Hinckley Allen Snyder LLP
28 State Street
Boston, MA 02109

Kevin J. Bristow, Esq.
Turks Head Building
Providence, RI 02903

John A. Pappolardo, Esq.
James P. Redding, Esq.
Greenburg Traurig LLP
One International Place
Boston, MA 02110

K. Anderson