**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CR 06-02-2T |
| | : | |
| ROBERT A. URCIUOLI, | : | |
| FRANCES P. DRISCOLL, and | : | |
| PETER SANGERMANO, JR. | : | |

**UNITED STATES' SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT, FRANCES P. DRISCOLL'S, MOTION TO COMPEL DISCLOSURE OF EXCULPATORY EVIDENCE**

Defendant, Francis P. Driscoll, has filed a motion to compel disclosure of exculpatory evidence ("motion to compel"). The United States' response is presently due on June 29, 2006. The United States requests an additional eight days, to and including, July 7, 2006, to respond to the motion to compel. This is the United States' second request for an extension. Previously, the Court granted an extension of seven days. Kevin J. Bristow, Esquire, counsel for the defendant, has represented that defendant does not oppose this motion.

The United States requests additional time to fully address the issues presented in defendant's motion. While counsel for the United States, Assistant United States Attorney Luis M. Matos, expected that the government's first request for seven days would provided sufficient time to respond to the motion to compel, as previously represented to the Court, counsel has had additional matters to which to attend. In addition, counsel for the United States is scheduled to be out of the office from June 29, 2006, through July 5, 2006.

Defendant will not be prejudiced by the extension of time because trial in this matter is not scheduled to begin until September 20, 2006. Accordingly, the United States requests an

extension, to and including, July 7, 2006, to respond to the defendant's motion to compel.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

LUIS M. MATOS
Assistant U.S. Attorney

Dated: June 28, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of June, 2006, I caused to be sent by first class regular mail a true copy of the within United States' Motion to Extend Time to:

Richard M. Egbert, Esq.
99 Summer Street
Suite 1800
Boston, MA 02110

Kevin J. Bristow, Esq.
501 Turks Head Building
Providence, RI 02903

John A. Pappolardo, Esq.
James P. Redding, Esq.
Greenburg Traurig LLP
One International Place
Boston, MA 02110

Michael J. Connolly
Hinckley Allen Snyder LLP
28 State Street
Boston, MA 02109