UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

    v.

ROBERT A. URCIUOLI,                    Cr. Nos. 06-02-01T
FRANCES P. DRISCOLL, and                    06-02-02T
PETER J. SANGERMANO, JR.                    06-02-03T

### ORDER

    By agreement of all parties and with the consent of the Court, it is hereby ordered that the above-captioned matter will be scheduled for jury impanelment on **Wednesday, September 6, 2006** at **9:00 AM**. Trial will commence immediately following the completion of jury impanelment.

                                                  By Order:

                                                  _____
                                                  Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: August 3, 2006