**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v.

ROBERT A. URCIUOLI, Cr. Nos. 06-02-01T
FRANCES P. DRISCOLL, and 06-02-02T
PETER J. SANGERMANO, JR. 06-02-03T

**ORDER**

By agreement of all parties and with the consent of the Court, it is hereby ordered that the above-captioned matter will be scheduled for jury impanelment on **Wednesday**, **September 6, 2006** at **9:00 AM.** Trial will commence immediately following the completion of jury impanelment.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: August 3, 2006