**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

July 18th, 2006

**JURY CALENDAR**

CR06-02-01T USA v. Robert A. Urciuoli
***(Conspiracy to Deprive the Citizens of John Celona's Honest Services; Scheme to Defraud the Citizens of John Celona's Honest Services – Magistrate Judge Robert Lovegreen)***

CR06-02-02T USA v. Frances P. Driscoll
***(Conspiracy to Deprive the Citizens of John Celona's Honest Services; Scheme to Defraud the Citizens of John Celona's Honest Services – Magistrate Judge Robert Lovegreen)***

CR06-02-03T USA v. Peter J. Sangermano, Jr.
***(Conspiracy to Deprive the Citizens of John Celona's Honest Services; Scheme to Defraud the Citizens of John Celona's Honest Services – Magistrate Judge Robert Lovegreen)***

You are hereby notified that the above jury cases will be empaneled on **Wednesday September 6th, 2006 at 9:00 AM** before Judge Ernest C. Torres. Counsel are directed to review all pretrial orders to assure full compliance. Counsel must be present for impanelment of the jury.

After impanelment, counsel must be prepared to begin trial on 24 hours notice, unless otherwise noted. Counsel in non-jury cases must be prepared to begin trial within 24 hours after notification by the Court.

Counsel in civil cases should specifically review paragraphs 10c. and 12-16 of the pretrial order.

Counsel in criminal cases are reminded that, absent a showing of good cause:

1. No plea agreements will be honored by the Court unless submitted in writing at least

one week before impanelment. See Fed. R. Crim. P. 11(e).

2. No plea agreements will be accepted by the Court during the one week period preceding impanelment unless they have been scheduled before that period.

3. Under Guidelines §3E1.1(b)(2), only timely pleas qualify for a three level reduction for acceptance of responsibility.

The above cases may or may not be reached for trial in the order listed. It is the responsibility of individual counsel to keep informed of the status of the Trial Calendar.

Ryan H. Jackson

Ryan H. Jackson/Lucia Leyva
Deputy Clerks
401-752-7210/752-7203

Forward to:
Dulce Donovan, AUSA
Luis Matos, AUSA
Kristie Passalacqua, Esq.
Michael Connolly, Esq.
Richard Egbert, Esq.
Kevin Bristow, Esq.
James Redding, Esq.
A. John Pappalardo, Esq.
Evan Georgopoulos, Esq.