# EXHIBIT B

**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001

May 4, 2006

Michael J. Connolly
Hinckley Allen Snyder LLP
28 State Street
Boston, MA 02109-1775

**Re: United States v. Urciuoli et al., CR 06-02-01T**

Dear Mr. Connolly:

We are in receipt of your letter dated April 12, 2006, in which you request various categories of information purportedly pursuant to Rule 16 and Brady v. Maryland. As you are aware, on February 10, 2006 and April 12, 2006, the United States produced discovery in this case. The documents produced on those occasions were produced in accordance with the Court's pretrial Order and Rule 16. At this time, we are unaware of additional information which falls within the scope of Rule 16 and the Court's pretrial Order. We are aware of our continuing obligation to provide discovery and will do so if the need arises.

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

LUIS M. MATOS
DULCE DONOVAN
Assistant U.S. Attorneys