UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR-06-02-01-T |
| | ) | |
| ROBERT A. URCIUOLI, | ) | |
| FRANCES P. DRISCOLL, | ) | |
| PETER J. SANGERMANO, JR., and | ) | |
| ROGER WILLIAMS MEDICAL CENTER | ) | |

## DECLARATION OF VINCENT MESOLELLA

I, Vincent Mesolella, being duly sworn, do declare and say:

1. I am currently engaged in real estate investment, development and planning at R.E.I., Inc., a company located in Providence, Rhode Island.

2. In 1998 I was an elected representative of the Rhode Island General Assembly and in that capacity filed a bill relating to residential care and assisted living facilities, 98-H 8229.

3. I know John Celona, a former Rhode Island State Senator, and have a friendly professional relationship with him.

4. In the fall of 2005, I was interviewed by FBI Special Agent Dennis Aiken, Rhode Island State Police Detective, Shari Russell, and another FBI agent believed to be Russell Griffiths who was taking notes of the interview.

5. During that interview, I was shown a copy of 98-H 8229 which I told the interviewers I filed on behalf of the nursing home industry.

6. During that interview, I was asked if I had spoken to then Senator John Celona in 1998 about 98-H 8229. I responded that I had general discussions with John

Celona concerning legislation during our years of service on the Rhode Island General Assembly but never specifically discussed this bill.

7. During this interview, I was asked if John Celona ever discussed the motivations or purpose of 98-H 8229 with me and I responded no.

8. During this interview, I was asked whether John Celona ever asked me to defeat or kill 98-H 8229 and I responded absolutely not.

9. During this interview, I was told by Special Agent Dennis Aiken that John Celona specifically recalled discussing 98-H 8229 with me. I denied that any such conversation took place.

10. I filed 98-H 8229 as a representative who strongly supported the nursing home association, believing it to be a meritorious bill. I never spoke to John Celona about this legislation at any time and was unaware of his interest, if any, in this bill.

11. After the interview with the FBI and Rhode Island State Police, I was never subpoenaed and never testified before a Grand Jury.

I declare the foregoing statements to be true and accurate to the best of my information and belief, under the pains and penalties of perjury.

Vincent Mesolella