UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CA No. 06-02-T

ROBERT A. URCIUOLI, FRANCES P. DRISCOLL, PETER J. SANGERMANO, JR., and ROGER WILLIAMS MEDICAL CENTER

**ORDER RE CONDUCT OF TRIAL**

In order to ensure that the trial of this case is conducted in a fair, orderly, and efficient manner with due regard for the legitimate expectations of the jurors, witnesses, and parties to be treated courteously and to be free from unwanted and unjustified invasions of their privacy while, at the same time, providing the maximum possible access to the proceedings by members of the public and the media, it is hereby ordered that:

1. Designated sections of the spectator gallery will be reserved for relatives of the parties; individuals assisting counsel in the trial; accredited representatives of the media, and the general public.
2. Spectators may enter or leave the courtroom only through the middle door which has been designated for that purpose.
3. All spectators shall be seated at least 10 minutes before the commencement of each session. If, at that time, there are any unfilled seats in any of the reserved sections, those seats

shall be made available in accordance with priorities established by the Clerk of Court.

4. Only accredited members of the media will be permitted to occupy those seats in the courtroom reserved for the media. Accredited representatives of the media shall be identified by tags obtained, in advance, from the Clerk.

5. All spectators in the courtroom must be seated and must remain seated at all times while court is in session.

6. With the exception of laptop computers used by counsel, no photographic equipment, communications equipment, or electronic devices, of any kind, may be brought into the courthouse or courtroom; and no photographs may be taken or recordings made of the proceedings.

7. Note taking or drawing shall be permitted only by accredited representatives of the media and only in the section of the courtroom reserved for them.

8. No more than 2 sketch artists, agreed upon by all of the media representatives who have been accredited, will be allowed in the courtroom. Sketch artists will not be permitted in the courtroom during the voir dire examination of individual jurors.

9. Any note taking or drawing shall be done in an unobtrusive manner so as to not to disrupt the trial or distract the participants or jurors.

10. No sketch, photograph, or other visual depiction shall be made

of any juror's face at any time either inside or outside the courtroom.

11. In order to prevent the disruption that occurs when individuals enter and leave the courtroom while trial is in progress, spectators may not enter or leave the courtroom while court is in session except in cases of emergency. Anyone who leaves will not be permitted to return during that session.

12. No spectator will be allowed to enter the area inside the courtroom rail during recesses or at any other time except by the express invitation of the clerk.

13. The courtroom will be closed to all spectators until one-half hour before the beginning of the morning session; during luncheon recesses and promptly upon conclusion of the afternoon session; provided, however, that spectators will be allowed into the courtroom during those times if hearings are being conducted.

14. To the extent practicable, the Clerk of Court will arrange the monitors and speakers in the courtroom so that spectators can see and hear the evidence presented to the jury. Any exhibits admitted into evidence that the Clerk is unable to arrange to display in that manner will be made available for inspection by the media and the general public at times and upon conditions to be established by the Clerk of Court. Exhibits marked for identification but not admitted into evidence will

not be made available until the trial is concluded.

15. While court is in session spectators shall refrain from talking, expressing approval or disapproval with respect to events occurring during trial or the participants, and/or engaging in any other conduct that is distracting or disruptive.

16. When a recess is taken, no one will be permitted to leave the courtroom until the jury has exited and cleared the corridor adjacent to the courtroom.

17. The corridor adjacent to the courtroom shall be kept clear at all times, and the corridor adjacent to the jury room shall be kept clear at all times that the jury is in that room.

18. No interviews may be conducted in the courtroom or adjacent corridor at any time.

19. No one, other than court personnel, shall approach, contact, interview, or otherwise communicate with any juror or prospective juror either inside or outside the courthouse until after a verdict has been returned or the case, otherwise, has been terminated.

20. Any violation of this order by an agent or employee of a media organization shall be deemed a violation by that organization. Failure to observe the rules may result in prosecution for

contempt of court and, in the case of media organizations, revocation of accreditation.

21. Spectators will be allowed into the courtroom during the periods described in ¶ 13 if hearings are being conducted during those periods.

By Order

Lucia Cristina Lagu

Deputy Clerk

ENTER:

Ernest C Torres

Ernest C. Torres
Chief Judge

Date: 8/31/06