Case 1:06-cr-00002-ML-DLM Document 154-3 Filed 09/10/2006 Page 1 of 3

**Digital Bulletin**

Advertising



2006 EPpy Winner -- Best multimedia
Providence, R.I., Sunday September 10, 2006 9:54 p.m. EDT

**Welcome, Visitor!** Sign In/Become a registered member
RSS feeds | Customize projo.com | Make this your home page | E-mail newsletters | MySpecialsDirect

Search Site Go
Search Archives Go

projoHOMES GO
projoCARS GO
projoJOBS GO
projoCLASSIFIEDS GO

Home
Rhode Island
Business
In Memoriams
Lifebeat
Multimedia
Nation/World
Obituaries
Opinion
Pagina Latina
Sports
Weather
Your Turn




Subscribe
Newspaper In Education
Advertise with Us
Guide to requesting coverage

**Around the region:** | **East Bay & Massachusetts** | **Metro** | **North** | **South County** | **West Bay** | **New England**

**AP: Top Stories** | **New England** | **U.S.** | **International** | **Business** | **Entertainment** | **Health** | **Politics** | **Sports** | **Strange** | **Technology** | **Today in History** |
**Multimedia: Photos • Audio • Video**

Print it | Discuss it | E-mail it to a friend | Most e-mailed stories

# Appeals court upholds convictions of Bucci and Potter

04:31 PM EDT on Friday, September 8, 2006

**PROJO.COM STAFF**

BOSTON -- A federal appeals court has upheld the convictions last year of two former Lincoln Park executives for conspiring to bribe former House Speaker John B. Harwood.

The 1st U.S. Circuit Court of Appeals in Boston today rejected arguments that there was insufficient evidence to convict Nigel Potter, former CEO of Lincoln Park's British parent company, Wembley plc, and Daniel Bucci, the park's former general manager.

"The trial was well conducted and the outcome is not a surprise," the three-judge panel concluded in its decision.

> **Digital Extra**
> Read the full decision by the appeals court

The decision also upholds a conviction against LPRI, the limited liability company remaining from Lincoln Park's former owners.

A federal jury last year convicted the three defendants of conspiracy and wire-fraud charges for scheming to bribe Harwood. Prosecutors said the proposed bribes, which were never paid, were aimed at securing state approval for at least 1,000 more video-slot machines and blocking a casino proposed for West Warwick.

Defense lawyers last month argued that while former Lincoln Park executives Daniel Bucci and Nigel Potter had

Advertising



**newspaper ads**
**Search newspaper ads and weekly inserts from The Providence Journal**
Cardi's Furniture
Champion Windows
More advertisers...
Commercial Real Estate
**shop & subscribe**
**Shop and subscribe among a**

discussions, they never violated the law by starting to execute a plan to bribe Harwood.

Prosecutors disagreed, saying Bucci and Potter were executing a bribery scheme when they exchanged faxes about a plan to pay Harwood's law firm up to $4 milli

"The faxes in December 2000 were clearly implementing the scheme, agreeing on logistical details without which the scheme can't go forward," Assistant U.S. Attorney Donald C. Lockhart said at last month's hearing. "There's no bright line between devising and executing".

The federal court agreed, ruling it was not necessary for the defendants to finalize the bribery scheme.

"A scheme, after all, may comprise a series of steps and any one of them integral to the scheme can be part of the execution," reads the 35-page decision. "What is necessary is that the fax be sent for the purpose of fostering that execution."

Potter was sentenced to three years in prison. Bucci was sentenced to three years and five months in prison. The corporate entity was fined $1.5 million.

In appealing, the defendants sought acquittal or a new trial. The federal court soundly rejected the request.

"Given the sum involved in this case, its contingent character and the link to specific legislative ends, a jury could

easily have found that this was a heartland quid pro quo case. Indeed...a reasonable jury could hardly find otherwise."

**More headlines...**
**More...**

**ARTICLE TOOLS:** Print it | Discuss it | E-mail it to a friend | Most e-mailed stories
**ARCHIVES: Search for related articles:**
Search

**Get The Providence Journal delivered to your home or office. Subscribe now.**

**variety of services**
Archives | My-Netlink
Front Page | Ticket Center
Store

Advertising



**Table of Contents**
Home page
PROJOCLASSIFIEDS | PROJOCARS | PROJOHOMES | PROJOJOBS | OBITUARIES | IN MEMORIAMS
Rhode Island News | Business | Lifebeat | Multimedia | National / World news | Opinion | Sports | Weather | Your Turn

**Help Center** | **Contact Us** | **Terms of Service** | **Privacy** | **Advertising** | **About Us**
News tip: (401) 277-7303 | Classifieds: (401) 277-7700 | Display advertising: (401) 277-8000 | Subscriptions: (401) 277-7600
© 2006, Published by The Providence Journal Co., 75 Fountain St., Providence, RI 02902.