# LOCAL NEWS

## Harrah's 3-month casino promotion costs $5.2 million

In the effort to push the state's voters to approve a West Warwick gambling resort, the entertainment company has undertaken a major advertising and public relations campaign.

BY SCOTT MAYEROWITZ
JOURNAL STATE HOUSE BUREAU

PROVIDENCE — Las Vegas-based Harrah's Entertainment continues to throw big money at efforts to persuade voters to support amending the state's Constitution in November to allow a casino in West Warwick.

Last month, Harrah's spent $2.39 million to get its point across, bringing its total spending for June, July and August to $5.2 million.

Save Our State, the group leading the fight against the constitutional amendment, has spent only $133,000 to date.

All of the money spent in favor of the casino — through a group called Rhode Islanders for Jobs and Tax Relief — has come from Harrah's. The company is partnering with the Narragansett Indian Tribe in the venture.

Save Our State has raised a little over $1 million so far, with $500,000 coming from Lincoln Park and another $500,000 from Newport Grand. About $40,000 was raised from area hotels including the Westin and Holiday Inn in Providence, and the Comfort Inn in Warwick. Other donors include Gregg's restaurants, the East Greenwich Chamber of Commerce and the owners of Twin Oaks restraint, in Cranston.

Save Our State has accused Harrah's of "trying to buy our Constitution" through its heavy spending.

"If I had their product to sell, I'd need at least $5.2 million," said the group's chairman, former Republican Gov. Lincoln C. Almond. "They have a very slick story."

Clare Eckert, spokeswoman for Rhode Islanders for Jobs and Tax Relief, responded: "Issue campaigns are expensive, but the good news for Rhode Islanders and to the taxpayers is that 86 percent of these expenditures went right back into the Rhode Island economy."

The vast majority of the money was spent to buy TV ads on Rhode Island networks. About $1.4 million was spent on TV ads, and $40,000 was spent on print ads.

Harrah's also paid $164,000 to Winning Connections, a Washington, D.C., company that sells phone calling programs allowing Harrah's to "communicate individually with voters."

"We will work with you to develop the right phone strategy and scripts, to [tell the] community your campaign's message, identify supporters and undecideds, and motivate voters to go to the polls," the company says on its Web site.

SEE CASINO, A9

"The Middle East is an extraordinarily important part of the world. . . . It's a place that is a crossroads literally and figuratively of so many forces, of economic forces, political forces, cultural forces . . . and we have to be engaged there." SEN. JACK REED, D-Rhode Island



JOURNAL PHOTO / [illegible]

## Lincoln Park convictions are upheld

An appellate court rejects arguments that there was insufficient evidence to convict Nigel Potter and Daniel Bucci.

BY STEVE PEOPLES
PROJO.COM STAFF WRITER

BY SCOTT MAYEROWITZ
JOURNAL STATE HOUSE BUREAU

BOSTON — A federal appeals court yesterday upheld last year's convictions of two former Lincoln Park executives for conspiring to bribe former House Speaker John B. Harwood.

The 1st U.S. Circuit Court of Appeals rejected arguments that there was insufficient evidence to convict Nigel Potter, former CEO of Lincoln Park's British parent company, Wembley plc, and Daniel Bucci, the park's former general manager.

"The trial was well conducted and the outcome is not a surprise," the three-judge panel said.

The decision also upholds a conviction against a limited-liability company remaining from Lincoln Park's former owners.

"Today's opinion reaffirms the message to political figures and to those who do business with them — we will make room in federal prison for those who would buy or sell political influence in Rhode Island," U.S. Attorney Robert Clark Corrente said.

A federal jury in Worcester last year convicted the three defendants of conspiracy and wire-fraud charges for scheming to bribe Harwood. No bribe was ever made, and Harwood was not charged with a crime.

Prosecutors said the proposed bribes were aimed at securing state approval for more slot machines and blocking a proposed West Warwick casino.

Potter was sentenced to three years in prison, Bucci to three years and five months. The corporation was fined $1.5 million.

Defense lawyers argued that

SEE APPEAL, A5

LEGAL NOTICES

STATE OF RHODE ISLAND
Probate Court of the
City of East Providence
NOTICE OF MATTERS PENDING AND FOR HEARING IN SAID COURT

The Court will be in session at CITY HALL on the dates specified in notices below at 3 P.M. for hearing said matters.

CLARK, VIOLETTE M., a/k/a Violette Brown Clark, estate - Sale of real estate in East Providence for the purposes set forth in executor's petition in which said property is fully described, for hearing September 12, 2006.

DUARTE, JUSTIN MICHAEL, minor, full age - Appointment of guardian for hearing September 12, 2006.

BADGER, JOSEPH JOHN - Change of name to Joseph Kelley Campbell for hearing September 26, 2006.

MENDES, JAMES SAMUEL, a/k/a James S. Mendes, a/k/a James Mendes, estate - Probate of will for hearing September 12, 2006.

ORR, EVERETT A., a/k/a Everett Alexander Orr, estate - Probate of will for hearing September 12, 2006.

PAPINEAU, ASHLEY MAE, estate - Guardian's second account for hearing September 12, 2006.

WEEDEN, GLADYS, estate, full age - Appointment of guardian for hearing September 12, 2006.

WERNIG, ROBERT V., estate - Guardian's tenth account for hearing September 12, 2006.

BASSETT, ROBERT E., estate - Robert J. Bassett has qualified as administrator; creditors must file their claims in the office of the probate clerk within the time required by law beginning September 2, 2006.

HUBBARD, VIVIAN R., a/k/a Vivian Munroe Hubbard, estate - Suzanne L. Doumly has qualified as executrix; creditors must file their claims in the office of the probate clerk within the time required by law beginning September 2, 2006.

MCNULTY, MAUREEN E., a/k/a Maureen Elizabeth McNulty, estate - Denise Stewart has qualified as executrix; creditors must file their claims in the office of the probate clerk within the time required by law beginning September 2, 2006.

O'CONNOR, EDNA GERTRUDE, estate - Roderick S. O'Connor has qualified as guardian of the person and estate; creditors must file their claims in the office of the probate clerk within the time required by law beginning September 2, 2006.

Individuals requesting interpreter services for the hearing impaired or needing special services must call 435-7500 or 431-1833 (V/TDD) forty-eight (48) hours in advance of the meeting date.

Dana L. Joy
Clerk

INVITATION TO BID
FOR NORTH SMITHFIELD PUBLIC SCHOOLS
NORTH SMITHFIELD, RHODE ISLAND

Gilbane Building Company, the Construction Manager for the Town of North Smithfield, RI will receive sealed bids for the bid package listed below and on the dates listed. A public bid opening will follow. Bids received after this time will not be accepted. The bids are to be delivered to:

Gilbane Building Company
Eugene L. Goldend
Purchasing Supervisor

PUBLIC AUCTION

The Orient Company 749 North Broadway, East Providence, RI demands full payment from the following storage tenants storing misc. Household goods. Owing the following.

Brian Murphy Rm. 0222 $2,723.85 Lisa Pacheco Rm. 1220 $779.30 Nathan Chapman Rm. 1513 $1,114.30 Kyle Smith Rm. 1710 $375.85 Robert Ross Rm 0130 $535.85 Renee Colombo Rm. 1730 $449.60 Alyson Vazquez Rm. 1017 $1,180.85 Roberto Munoz Rm. 1013 $1,128.30 Alfred Harden Rm. 1707 $440.80 Ronald Wright Rm. 2107 $311.80 Eugenia Hall Rm. 1115 $424.65 David Boell Rm. 0120 $569.85 Gregory Brown Rm. 1802 $309.80 Merry Bolden Rm. 1900 $1,100.60 Carlos Oliva Rm. 1007 $674.75

If payments are not made auction will be held at the U-Haul center of East Providence 749 North Broadway Wednesday, September 13, 2006 at 10:00 a.m. Pursuant to the contractual lien set forth in your rental agreement.

EAST PROVIDENCE SCHOOL DEPARTMENT
East Providence City Hall
145 Taunton Avenue
East Providence,
Rhode Island 02914
School Committee Meeting
September 11, 2006

AGENDA

A. 6:30 PM - Executive Session - In accordance with RI General Laws, Section 42-46-5 (a) (1) Personnel, (a) (2) Litigation Public Session - 7:30PM

B. Pledge of Allegiance
C. Moment of Silence
D. Approval of Previous Meetings
E. Chair's Report
F. Hearings
G. Reading of Communications
H. Report of Superintendent and Staff
1) High School Attendance/Tardy Report
2) FY 2006-2007 Budget Update
3) FY 2005-06 Financial Report
4) Awarding of Bids
5) Personnel Recommendations
6) Facilities Update
7) Requests for Home Schooling
I. Report of Sub-Committees
J. Unfinished Business
K. New Business
1) Building Use Policy - First Passage
2) Reading Start Program
L. Payment of Bills
M. Question and Answer Period
N. Adjournment

Interpreting services for the deaf will be provided if request is made 48 hours before the meeting at 433-6222. Any person wishing to speak may do so by raising his/her hand after School Committee discussion, but prior to voting being taken.

Providence School Board
School Board Room
797 Westminster Street
Providence, RI 02903

9.11.2006 Agenda
Junta Directiva Escolar de Providence
Salon de Sesiones de la Junta Directiva Regular

May Seek to Adjourn to Executive Session Pursuant to RIGL 42-46-5 (a)(1), (a)(2) (a)(4) Personnel, Litigation & Collective Bargaining. Grievances 5:30 PM

A. Convene Meeting 6:30 PM in the SCHOOL BOARD ROOM

Find the home of your dreams.



# Man accused of friend's assault, hog-tying

According to Woonsocket police, George Stevens, 46, was drinking on Aug. 25 with a man they described as an acquaintance at Stevens' home, when the two began arguing and he allegedly punched the friend in the face.

BY CYNTHIA NEEDHAM
JOURNAL STAFF WRITER

WOONSOCKET — City police arrested a man who they say hog-tied and slashed a friend during an argument last month.

According to the police, George Stevens, 46, was drinking on Aug. 25 with a man they described as an acquaintance at Stevens' home, at 38 Transit St., when the two began arguing. Stevens then allegedly began punching the friend in the face.

When the victim — whom the police refused to identify — fell to the floor in pain, Stevens took a bat and struck him several times on the head before using a rope to hogtie the man, meaning he bound his wrists to his ankles, according to Woonsocket police spokesman Lt. Timothy S. Paul.

With the victim incapacitated, Stevens began to choke him, Paul said.

Eventually, Stevens untied the man, sat him in a chair and began slashing him with a knife on the arms, the hands and the shoulders, Paul said.

In a bizarre twist, he then helped the victim into his car and drove him to North Providence, where he dumped the man in the road near a relative's house. The police did not identify the relative, or say how he was related to the victim.

Once found, the victim was taken to Rhode Island Hospital, where he remained until Aug. 30. Two days later, he reported the incident to the Woonsocket police.

Detectives arrested Stevens at home Thursday.

He faces three counts of felonious assault — for choking the victim, slashing him and beating him with the bat — and one count of simple assault for punching the man.

cneedham@projo.com / (401) 277-7374

# Reed

Continued from Page A3

East, including the tensions fueled by the lack of peace between Israel and the Palestinians. The solution to U.S. troubles in the region, including the growing threat of Iran, rests with diplomacy, he said.

"The Middle East is an extraordinarily important part of the world. . . . It's a place that is a crossroads literally and figuratively of so many forces, of economic forces, political forces, cultural forces . . . and we have to be engaged there," he said. "One of the disappointing aspects of the last several years is the lack of any real engagement by the administration, particularly when it comes to issues between the state of Israel and the Palestinian authority."

Under previous presidents, there was engagement even if progress was only intermittent, he said.

"What has happened in the last several years has been disengagement. It's left us not well positioned to renew the diplomacy that is so necessary now," he said.

Sophomore Matt Gullo was one of a few students who were able to ask questions of Reed.

"I'm very interested in Middle East affairs," said Gullo, of Rutherford, N.J., who is learning Arabic. Despite being a little nervous, he said that getting to sit next to Reed and ask him about U.S. relations with Afghanistan and Pakistan was "delightful."

rmilk@projo.com / (401) 277-7467



JOURNAL PHOTO / BOB THAYER

Democratic U.S. Sen. Jack Reed talks to two Roger Williams student panelists, Hala Ghoname, 21, center, and Nora Leblanc, 23, before a discussion of conflicts that are roiling the Middle East.

# Army Guard's medical group receiving award

The Medical Command of the Rhode Island Army National Guard is scheduled to be honored this morning for its work supporting thousands of troops leaving for and returning from duty.

The Rhode Island Society of the Order of the Founders and Patriots of America, a 110-year-old patriotic group with ties to the military, will bestow its annual Outstanding Unit Award on the Medical Command for its "exceptionally meritorious service and exemplary performance

# Appeal

Continued from Page A3

while Bucci and Potter had discussions, they never violated the law because those talks about a payment were preliminary.

The government's case was based primarily on faxes and other company documents showing that in 2000, Bucci began to press Potter to support a payment of up to $4 million to Harwood's law partner, Daniel V. McKinnon.

The appeals court noted in its decision that Bucci wrote that such a payment was necessary because Lincoln Park had received benefits in "hundreds of millions of additional revenues" due to its "supporters" and would need additional support to advance its interests. Bucci said that though no one had stated "that a quid pro quo is essential," "a wink is as good as a nod to a blind man," and that "we are represented by people who believe it is incumbent upon us to reflect gratitude."

Prosecutors said that just by having those discussions, the men executed a bribery scheme.

The appeals court agreed.

"A scheme, after all, may comprise a series of steps and any one of them integral to the scheme can be part of the execution," reads the 35-page decision written by Chief Judge Michael Boudin. "What is necessary is that the fax be sent for the purpose of fostering that execution."

In appealing, the defendants sought acquittal or a new trial. The federal court soundly rejected the request.

"Given the sum involved in this case," the decision says, "its contingent character and the link to specific legislative ends, a jury could easily have found that this was a heartland quid pro quo case. Indeed . . . a reasonable jury could hardly find otherwise."

apeoples@projo.com / (401) 277-7489
amayerowitz@projo.com / (401) 277-7612