AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

United States of America v. Robert Urciuoli, et al.

CASE NUMBER: CR06-02T

| PRESIDING JUDGE | PLAINTIFFS ATTORNEY | DEFENDANTS ATTORNEY |
|---|---|---|
| Ernest C. Torres | D. Donovan; L. Matos | R. Egbert, M.Connolly, K. Bristow, E. Georgopoulos, A.J. Pappalardo |
| TRIAL DATE(S)<br>9/11/2006 | COURT REPORTER<br>Karen Wischnowsky | COURTROOM DEPUTY<br>Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | PSEx A | 9/11/06 | | FULL | Page A3 of the Providence Journal (Saturday 9/9/2006) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.