**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CRIMINAL NO. 06-02T** |
| | : | |
| **ROBERT A. URCIUOLI,** | : | **EXPEDITED RELIEF REQUESTED** |
| **FRANCES P. DRISCOLL, and** | : | |
| **PETER J. SANGERMANO, JR.** | : | |

# ASSENTED TO MOTION OF DEFENDANT FRANCES P. DRISCOLL FOR AN EXTENSION OF TIME IN WHICH TO FILE A MOTION FOR A NEW TRIAL PURSUANT TO RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

Now comes the Defendant, Frances P. Driscoll, and hereby moves this Honorable Court for an order granting Defendant Driscoll's request for an extension of time in which to file a Motion for a New Trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure. Defendant respectfully requests that the Court grant a two-week extension of time, up to and including November 3, 2006, in which to submit her Rule 33 Motion for a New Trial.

In support of this motion, the Defendant relies upon the attached Memorandum of Law.

Respectfully submitted,
FRANCES P. DRISCOLL
By her attorney,

Kevin J. Bristow, R.I. Bar Reg. No. 3984
505 Turks Head Building
Providence, R.I. 02903
401-521-2800
Fax 401-521-2812
kjbristowlaw@verizon.net

**Certification of Service**

I hereby certify that on the 18th day of October, 2006, I mailed a copy of the within Motion to Assistant United States Attorney Luis Matos, United States Attorneys Office, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903, Michael J. Connolly, Esq., Hinckley, Allen & Snyder LLP, 1500 Fleet Center, Providence, Rhode Island 02903, and James P. Redding, Esq., Greenberg Traurig, LLP, One International Place, Boston, Massachusetts 02110.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CRIMINAL NO. 06-02T** |
| | : | |
| **ROBERT A. URCIUOLI,** | : | **EXPEDITED RELIEF REQUESTED** |
| **FRANCES P. DRISCOLL, and** | : | |
| **PETER J. SANGERMANO, JR.** | : | |

**MEMORANDUM OF LAW IN SUPPORT OF ASSENTED TO MOTION OF DEFENDANT FRANCES P. DRISCOLL FOR AN EXTENSION OF TIME IN WHICH TO FILE A MOTION FOR A NEW TRIAL PURSUANT TO RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

Now comes the Defendant, Frances P. Driscoll, and hereby submits this Memorandum in support of her motion to extend the time in which to file a Motion for a New Trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure up to and including Friday, November 3, 2006.

Rule 33 of the Federal Rules of Criminal Procedure provides, in pertinent part, that [u]pon the defendant's motion, the Court may vacate any judgment and grant a new trial if the interest of justice so requires." Unless the basis for such motion is newly discovered evidence, the motion is to be filed "within 7 days after the verdict or finding of guilty, or within such further time as the court sets during the 7-day period."

It is respectfully requested that the court grant a two-week extension to this seven-day time period. The verdict in this matter was delivered on October 13, 2006, after a lengthy trial, with much testimony and numerous exhibits. The Defendant requires additional time in which to properly prepare and present her motion for a new trial. Given that sentencing in this matter is not scheduled until February of 2007, it is

respectfully submitted that no prejudice or delay will result from the granting of this motion.

In further support of this motion, counsel for the Defendant states that he has spoken with Assistant United States Attorney Dulce Donovan regarding this motion and she has advised that the government assents to our request for an extension.

For all of the foregoing reasons, it is respectfully requested that the Court extend the time in which Defendant has to file a Motion for a New Trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure up to and including November 3, 2006, and for such other and further relief as to this Court may seem proper and just.

Respectfully submitted,
FRANCES P. DRISCOLL
By her attorney,

Kevin J. Bristow, R.I. Bar Reg. No. 3984
505 Turks Head Building
Providence, R.I. 02903
401-521-2800
Fax 401-521-2812
kjbristowlaw@verizon.net

Dated: October 18, 2006

**Certification**

I certify that on October 18, 2006 I caused a true copy of this Memorandum was sent via ~~electronic filing~~ first class mail to A.U.S.A. Luis M. Matos, A.U.S.A. Dulce Donovan; Attorney Michael J. Connolly, Attorney Richard M. Egbert, and Attorney James P. Redding to their normal place of business listed with this Court.