AO 435 (Rev. 12/03)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

*Please Read Instructions above*

FOR COURT USE ONLY

DUE DATE:

| | | |
|---|---|---|
| 1. NAME Edward R. Fitzpatrick | 2. PHONE NUMBER (401) 277-7368 | 3. DATE 11/9/06 |
| 4. MAILING ADDRESS Providence Journal, 75 Fountain St. | 5. CITY Providence | 6. STATE RI / 7. ZIP CODE 02902 |
| 8. CASE NUMBER 06-02T / 9. JUDGE Torres | DATES OF PROCEEDINGS 10. FROM 9/6/06 | 11. 10/13/06 |
| 12. CASE NAME U.S. vs. Robert A. Urciuoli, et al | LOCATION OF PROCEEDINGS 13. US District Court | 14. in Providence |

15. ORDER FOR
- ☐ APPEAL
- ☐ NON-APPEAL
- ☒ CRIMINAL
- ☐ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | JURY VERDICT AND | 10/13/06 |
| ☐ BAIL HEARING | | POLLING OF JURORS | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL 0.00

18. SIGNATURE Edward R. Fitzpatrick

PROCESSED BY

19. DATE 11/9/06

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY