UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CR 06-02T** |
| | : | |
| **ROBERT A. URCIUOLI and** | : | |
| **FRANCES P. DRISCOLL** | : | |

**UNITED STATES' MOTION FOR PERMISSION TO FILE ITS MEMORANDUM FILED IN SUPPORT OF ITS OBJECTION TO DEFENDANT URCIUOLI'S POST-TRIAL MOTION OUT OF TIME**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Luis M. Matos and Dulce Donovan, Assistant U. S. Attorneys, and moves this Court to allow the government to file its memorandum in support of its Objection to Urciuoli's post-trial motion out of time. In support thereof, counsel avers that its supporting memorandum was to be filed on November 30, 2006. The memorandum exceeded the local page limitation by three pages. Counsel for the United States did not seek to exceed the page limitation until November 30, 2006. To date, the Court has not ruled on the United States' motion. Thus, upon a decision by the Court on the United States' motion, the United States request permission to file its supporting memorandum not more than one day after the Court's ruling. Undersigned counsel certifies that she attempted to contact Michael Connolly, counsel for Defendant Urciuoli, to seek his concurrence on the instant motion, but that Attorney Connolly was unavailable.

Respectfully submitted,
ROBERT CLARK CORRENTE
United States Attorney

Dated: December 4, 2006

/s/ DULCE DONOVAN
DULCE DONOVAN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
Tel. 401-709-5000
Fax 401-709-5001
dulce.donovan@usdoj.gov

**CERTIFICATE OF E-SERVICE**

I hereby certify that on this 4th day of December 2006, I caused the United States' Motion to File Supporting Memorandum Out of Time to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Richard M. Egbert, Esq.
99 Summer Street
Suite 1800
Boston, MA 02110

Kevin J. Bristow, Esq.
501 Turks Head Building
Providence, RI 02903

Michael J. Connolly
Kristie Passalacqua, Esq.
Hinckley Allen Snyder LLP
28 State Street
Boston, MA 02109

/S/ DULCE DONOVAN
DULCE DONOVAN
ASSISTANT U.S. ATTORNEY
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
Tel. 401-709-5000
Fax 401-709-5001
dulce.donovan@usdoj.gov