USA v. Robert Urciuoli, et al.
CR06-02T

Transcripts Filed

| | |
|---|---|
| 9/11/06 | Jury Trial - Volume I |
| 9/12/06 | Jury Trial - Volume II |
| 9/13/06 | Jury Trial - Volume III |
| 9/14/06 | Jury Trial - Volume IV |
| 9/15/06 | Jury Trial - Volume V |
| 9/18/06 | Jury Trial - Volume VI |
| 9/19/06 | Jury Trial - Volume VII |
| 9/20/06 | Jury Trial - Volume VIII |
| 9/21/06 | Jury Trial - Volume IX |
| 9/25/06 | Jury Trial - Volume X |
| 9/26/06 | Jury Trial - Volume XI |
| 9/27/06 | Jury Trial - Volume XII |
| 9/28/06 | Jury Trial - Volume XIII |
| 9/29/06 | Rule 29 Motions - Volume XIV |
| 10/2/06 | Jury Trial (closings & charge) - Volume XV |
| 10/4/06 | Chambers Conference - Volume XVI |
| 10/4/06 | Chambers Conference - Volume XVII |
| 10/4/06 | Jury Trial (deliberations) - Volume XVIII |
| 10/5/06 | Jury Trial (deliberations) - Volume XIX |
| 10/6/06 | Jury Trial (deliberations) - Volume XX |
| 10/10/06 | Jury Trial (deliberations) - Volume XXI |
| 10/11/06 | Jury Trial (deliberations) - Volume XXII |
| 10/12/06 | Chambers Conference - Volume XXIII |
| 10/12/06 | Jury Trial (deliberations) - Volume XXIV |
| 10/13/06 | Jury Verdict - Volume XXV |