UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
Plaintiff

vs. C.R. No. 06-02T

FRANCES P. DRISCOLL,
Defendant

**ORDER**

Defendant's Motion to Seal its Sentencing Memorandum is hereby **granted in part and denied in part**. Counsel is hereby directed to submit a redacted version of the Sentencing Memorandum for inclusion on the Court Docket as follows: Section 2, Page 8 through 9, "Physical Condition" may be fully redacted; Section 3, Page 10, Paragraphs 1 through 6, "Impact on Family" may be redacted. The Motion to Seal is **denied** as to the remainder of the document. The redacted version of the Sentencing Memorandum is to be filed with the Court no later than 2:00 PM on Tuesday January 30th, 2007.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres

Senior U.S. District Judge Ernest C. Torres
date: 1/30/07