AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

FRANCES P. DRISCOLL

## APPEARANCE

CASE NUMBER: CR 06-02-02T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant Frances P. Driscoll

January 31, 2007
*Date*

*Signature*

John A. MacFadyen
*Print Name*

MacFadyen, Gescheidt & O'Brien
101 Dyer Street
*Address*

Providence RI 02903
*City* *State* *Zip Code*

(401) 751-5090
*Phone Number*