**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CRIMINAL NO. 06-02T** |
| | : | |
| **ROBERT A. URCIUOLI and** | : | |
| **FRANCES P. DRISCOLL** | : | |

**DEFENDANT FRANCES P. DRISCOLL'S EMERGENCY MOTION FOR BAIL PENDING APPEAL**

Now comes the Defendant, Frances P. Driscoll, and hereby moves this Honorable Court for an order granting Defendant Driscoll's Emergency Motion for Bail Pending Appeal of the jury's verdict and the Court's sentence of January 31, 2007.

In support of this motion, the Defendant relies upon the attached Memorandum of Law.

Respectfully submitted,
FRANCES P. DRISCOLL
By her attorney,

/s/ Kevin J. Bristow

Kevin J. Bristow, R.I. Bar Reg. No. 3984
505 Turks Head Building
Providence, R.I. 02903
401-521-2800
Fax 401-521-2812

Dated: February 6, 2007

**Certification**

I certify that on February 6, 2007 I caused a true copy of this Motion to be sent via electronic filing (CM/ECF) to the following:

**Michael J. Connolly**
mconnolly@haslaw.com

**Dulce Donovan**
dulce.donovan@usdoj.gov
kellyann.anderson@usdoj.gov;gale.james@usdoj.gov;paula.horsey@usdoj.gov;paulette.gamache@usdoj.gov;usari-ecf@usdoj.gov

**Richard M. Egbert**
regbert@egbertlaw.com mvelleman@egbertlaw.com;padejuneas@egbertlaw.com

**Luis M. Matos**
luis.matos@usdoj.gov
Kellyann.anderson@usdoj.gov;paulette.gamache@usdoj.gov;gale.james@usdoj.gov;usari-ecf@usdoj.gov

**Kristie M. Passalacqua**
kpassalacqua@haslaw.com dfalcoa@haslaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CRIMINAL NO. 06-02T** |
| | : | |
| **ROBERT A. URCIUOLI and** | : | |
| **FRANCES P. DRISCOLL** | : | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT FRANCES P. DRISCOLL'S EMERGENCY MOTION FOR BAIL PENDING APPEAL**

Now comes the Defendant, Frances P. Driscoll, and hereby submits this Memorandum in support of her Emergency Motion for Bail Pending Appeal.

Defendant makes this Motion for Bail pursuant to 18 USC § 3143 (b), and the standard established in United States v. Bayko, 774 F.2d. 516 (1st Cir. 1985).

On January 31, 2007, the Court entertained and denied Co-Defendant Urciuoli's Motion for Bail Pending Appeal. The Court gave Co-Defendant Urciuoli a surrender date of April 2, 2007 for the stated purpose of allowing him time to appeal the denial of his Motion for Bail to the First Circuit Court of Appeals. Defendant Driscoll hereby incorporates the legal and factual arguments made by Defendant Urciuoli in his Motion for Bail (See Document 203, filed on January 29, 2007). Defendant Driscoll adds that the eight-month sentence she was ordered to serve mitigates in favor of granting this Motion for Bail Pending Appeal.

Defendant respectfully requests that instant motion be ruled upon in an expedited manner, so that, if denied, her petition for review to the First Circuit can be filed

contemporaneous with that of Co-Defendant Urciuoli. Accordingly, the Defendant is not requesting a hearing on her motion.

WHEREFORE, the Defendant respectfully requests that this Court grant her Emergency Motion for Bail Pending Appeal and for such other and further relief as to this Court may seem just and proper.

Respectfully submitted,
FRANCES P. DRISCOLL
By her attorney,

/s/ Kevin J. Bristow____
Kevin J. Bristow, R.I. Bar Reg. No. 3984
505 Turks Head Building
Providence, R.I. 02903
401-521-2800
Fax 401-521-2812
kjbristowlaw@verizon.net

Dated: February 6, 2007

**Certification**

I certify that on February 6, 2007, I caused a true copy of this Memorandum to be sent via electronic filing (CM/ECF) to the following:

**Michael J. Connolly**
mconnolly@haslaw.com

**Dulce Donovan**
dulce.donovan@usdoj.gov
kellyann.anderson@usdoj.gov;gale.james@usdoj.gov;paula.horsey@usdoj.gov;paulette.gamache@usdoj.gov;usari-ecf@usdoj.gov

**Richard M. Egbert**
regbert@egbertlaw.com mvelleman@egbertlaw.com;padejuneas@egbertlaw.com

**Luis M. Matos**
luis.matos@usdoj.gov
Kellyann.anderson@usdoj.gov;paulette.gamache@usdoj.gov;gale.james@usdoj.gov;usari-ecf@usdoj.gov

**Kristie M. Passalacqua**
kpassalacqua@haslaw.com dfalcoa@haslaw.com

/s/ Kevin J. Bristow_____