**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CR 06-02-2T |
| | : | |
| ROBERT A. URCIUOLI, and | : | |
| FRANCES P. DRISCOLL. | : | |

**UNITED STATE'S OBJECTION TO DEFENDANT FRANCES DRISCOLL'S MOTION FOR BAIL PENDING APPEAL**

On January 31, 2007, the Court sentenced defendant Frances Driscoll. On February 6, 2007, Driscoll filed a motion for bail pending appeal. The United States objects to Driscoll's request for the reasons stated in the accompanying memorandum of law.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

Dated: February 7, 2007

/s/ LUIS M. MATOS
LUIS M. MATOS
Assistant U.S. Attorney
Chief, Criminal Division
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
Tel. 401-709-5000
Fax 401-709-5001
luis.matos@usdoj.gov

/s/ DULCE DONOVAN
DULCE DONOVAN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
Tel. 401-709-5000
Fax 401-709-5001
dulce.donovan@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February, 2007, I caused the United States Objection to Defendant Frances Driscoll's Motion for Bail Pending Appeal to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Kevin Bristow, Esq.
501 Turks Head Place
Providence, RI 02903

Richard M. Egbert, Esq.
99 Summer Street, Suite 1800
Boston, MA 02110

Michael J. Connolly, Esq.
Kristie Passalacqua, Esq.
Hinckley Allen Snyder LLP
Fleet Center
Providence, RI 02903

By regular mail:

Martin G. Weinberg, Esq.
Martin G. Weinberg, P.C.
The Statler Bldg.
20 Park Plaza, Suite 905
Boston, MA 02116

/s/ LUIS M. MATOS
LUIS M. MATOS
Assistant U.S. Attorney
Chief, Criminal Division

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CR 06-02-2T |
| | : | |
| ROBERT A. URCIUOLI, and | : | |
| FRANCES P. DRISCOLL. | : | |

**UNITED STATES' MEMORANDUM IN SUPPORT OF ITS OBJECTION TO DEFENDANT FRANCES DRISCOLL'S MOTION FOR BAIL PENDING APPEAL**

A week after her sentencing, Defendant Frances Driscoll has filed a motion for bail pending appeal. In support of her motion, Driscoll relies almost exclusively on the legal and factual arguments made by defendant Urciuoli at the time of sentencing in support of his motion for bail pending appeal -- arguments that focused on the Court's jury instructions. The only additional claim that Driscoll makes is that her eight month sentence of incarceration "mitigates in favor" of granting bail pending appeal. In order to expedite the Court's ruling on her motion, Driscoll does not request a hearing.

The United States opposes Driscoll's motion for the reasons stated in its memorandum in support of its objection to defendant Urciuoli's motion for bail pending appeal. Since the Court has already determined that Urciuoli's motion did not meet the standard articulated in 18 U.S.C. § 3143(b)(1)(B), namely that his appeal will not "raise[] a substantial question of law or fact likely to result in . . . reversal . . . [or] an order for a new trial," the Court must also deny Driscoll's motion.

Driscoll's suggestion that her eight month sentence warrants a different result is without merit. The standard is whether Driscoll can overcome the presumption against release pending appeal which may be overcome solely by meeting the standards articulated in the statute. See United States v. Colon Berrios, 791 F.2d 211, 214 n.4 (1st Cir.1986). Those standards are: (1) the appeal raises a substantial question of law or fact, and (2) if that substantial question is resolved in his favor on appeal, such a decision would likely lead to reversal, a new trial, or a dramatically reduced sentence. United States v. Bayko, 774 F.2d 516, 522-23 (1st Cir. 1995). A "substantial question" is one that is "'close'" in the sense that it "'very well could be decided the other way.'" Bayko, 774 F.2d at 523; United States v. Colon-Munoz, 292 F.3d 18, 20 (1st Cir. 2002) (referring to Bayko standard).

Because there is no suggestion in Driscoll's bail motion that her appeal will present a close question concerning her sentence, and because it is clear that there are no such close questions that could be raised, the length of that sentence is irrelevant to the analysis. Compare United States v. LaGiglio, 384 F.3d 925, 926 (7th Cir. 2004) (defendant who intends to raise substantial sentencing claim on appeal "is entitled to be released [on bail pending appeal] only if she is likely to be resentenced to a term of imprisonment shorter than the length of time that she will have been in prison by the time her appeal is decided"), with United States v. Burk, 372 F. Supp. 104, 107 (D. Maine 2005) (in absence of a close sentencing question, defendant who received eight month sentence did not merit bail pending appeal merely because "she would likely complete her incarceration before her appeal is resolved").

## CONCLUSION

Based upon the foregoing, the United States respectfully requests that the Court deny Defendant Driscoll's motion for bail pending appeal.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

Dated: February 7, 2007

/s/ LUIS M. MATOS
LUIS M. MATOS
Assistant U.S. Attorney
Chief, Criminal Division
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
Tel. 401-709-5000
Fax 401-709-5001
luis.matos@usdoj.gov

/s/ DULCE DONOVAN
DULCE DONOVAN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
Tel. 401-709-5000
Fax 401-709-5001
dulce.donovan@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February, 2007, I caused the United States Memorandum in Support of its Objection to Defendant Frances Driscoll's Motion for Bail Pending Appeal to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Kevin Bristow, Esq.
501 Turks Head Place
Providence, RI 02903

Richard M. Egbert, Esq.
99 Summer Street, Suite 1800
Boston, MA 02110

Michael J. Connolly, Esq.
Kristie Passalacqua, Esq.
Hinckley Allen Snyder LLP
Fleet Center
Providence, RI 02903

By regular mail:

Martin G. Weinberg, Esq.
Martin G. Weinberg, P.C.
The Statler Bldg.
20 Park Plaza, Suite 905
Boston, MA 02116

/s/ LUIS M. MATOS
LUIS M. MATOS
Assistant U.S. Attorney
Chief, Criminal Division