IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR No. 06-02-T |
| vs. | : | |
| | : | |
| ROBERT A. URCIUOLI, | : | |
| FRANCES P. DRISCOLL | : | |

**FRANCES P. DRISCOLL'S NOTICE OF APPEAL**

Now comes the defendant Frances P. Driscoll and hereby gives notice that she appeals to the United States Court of Appeals for the First Circuit from the judgment of conviction and sentence entered in this Court on February 16, 2007.

Respectfully submitted,
FRANCES P. DRISCOLL
by her attorney,

/s/ John A. MacFadyen

JOHN A. MACFADYEN (#1209)
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
(401) 751-5090
jam@ridefense.com

**CERTIFICATION**

I hereby certify that on the 20th day of February, 2007, a copy of this Notice of Appeal was filed electronically and that it is available for viewing and downloading from the Court's ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/ John A. MacFadyen