UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

February 21st, 2007

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: *06-CR-02T USA v. Robert Urciuoli, Frances Driscoll*
COA# 07-1297 COA# 07-1327

Dear Clerk:

Enclosed you will find the Notice of Appeal and a certified copy of the docket entries for the above entitled matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: [signature]
Ryan H. Jackson
DEPUTY CLERK

encl.: Certificate of Clerk, Appeal Cover Sheet, Notices of Appeal and Certified Copies of Docket

[signature]
2/23/07