**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR. No. 06-002T** |
| | : | |
| **ROBERT A. URCIUOLI** | : | |
| **and** | : | |
| **FRANCES P. DRISCOLL** | : | |

**NOTICE OF APPEARANCE**

Donald C. Lockhart, Assistant United States Attorney, files this Notice of Appearance in the case entitled United States v. Robert A. Urciuoli and Frances P. Driscoll, CR06-002T.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Donald C. Lockhart

DONALD C. LOCKHART
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401-709-5000
401-709-5001 (fax)
donald.lockhart2@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 10th day of May, 2007, I caused the within "Notice of Appearance" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

**Representing Defendant Urciuoli** --

Kristie M. Passalacqua, Esquire
Hinckley, Allen and Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
kpassalacqua@haslaw.com

Michael J. Connolly, Esquire
Hinckley, Allen and Snyder LLP
28 State Street, 2nd Floor
Boston, Massachusetts
mconnolly@haslaw.com

Richard M. Egbert, Esquire
99 Summer Street, Suite 1800
Boston, Massachusetts 02110
regbert@egbertlaw.com

Notification by first class mail, postage prepaid:

Martin G. Weinberg, Esquire
Oteri, Weinberg & Lawson
The Statler Building
20 Park Plaza, Suite 905
Boston, Massachusetts 02116

Kimberly Homan, Esquire
20 Park Plaza, Suite 905
Boston, Massachusetts 02116

And –

**Representing Defendant Driscoll** --

Electronic notification:

Kevin J. Bristow, Esquire
505 Turks Head Building
Providence, Rhode Island 02903
KJBristowlaw@verizon.net

John A. MacFadyen, III, Esquire
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, Rhode Island 02903
jam@ridefense.com

/s/ Donald C. Lockhart
DONALD C. LOCKHART
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401-709-5000
401-709-5001 (fax)
donald.lockhart2@usdoj.gov