UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

June 6, 2007

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

RE: ***USA v. ROBERT URCIUOLI, ET AL.***
***USDC CR06-02T*** ***USCA: 07-1297 and 07-1327***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: *Lucia Cristina Leyva*
Lucia Cristina Leyva
DEPUTY CLERK

enclosed: Doc. #248 - Government's Motion to Supplement the Record; Text Order granting Motion to Supplement the Record; Government's Proposed Final Jury Instructions; Parties' Joint Proposed Final Jury Instructions; Certified Copy of Docket.