# United States Court of Appeals

## For the First Circuit

USDC-RI 06-00002

No. 07-1327

UNITED STATES OF AMERICA,

Appellee,

v.

FRANCES P. DRISCOLL,

Defendant, Appellant.

I HEREBY CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS BOSTON, MA
By: SB Date: 1/17/2008

**JUDGMENT**

Entered: January 18, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The conviction and sentence of Frances P. Driscoll are vacated, and the matter is remanded for further proceedings consistent with the decision issued this day.

By the Court:

Richard Cushing Donovan, Clerk

[Certified copies to Hon. Ernest C. Torres and Mr. David Dimarzio, Clerk, United States District Court for the District of Rhode Island. Copies to Ms. Passalacqua, Mr. Connolly, Mr. Weinberg, Mr. Egbert, Ms. Homan, Ms. Donovan, Mr. Sullivan, Ms. Matos, Mr. Lockhart, Mr. DeSisto, Mr. MacFadyen, & Ms. Bristow.]