**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. CR 06-002-01/02ML

ROBERT A. URCIUOLI and
FRANCES P. DRISCOLL

**RETURN RECEIPT FOR GOVERNMENT'S EXHIBITS**

**All Government exhibits re: September/October, 2006 jury trial.**
**(Exhibits list attached)**

Received by: [signature] (Agent on behalf of the U.S. Attorney's Office)

Date: 03/12/2008

*David A. DiMarzio*
Clerk of Court
[signature]
Deputy Clerk