# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**UNITED STATES OF AMERICA**

**v.** **CR 06-002-01ML**

**ROBERT A. URCIUOLI**

## ORDER

**This matter is before the Court on Defendant Urciuoli's Motion for Leave to Travel. The government objects.**

**The Motion is DENIED for the reasons set forth in the government's memorandum in opposition.**

**SO ORDERED:**

Mary M. Lisi

**Mary M. Lisi**
**Chief United States District Judge**
**March 27 , 2008**