**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CR 06-02-1ML |
| | : | |
| ROBERT A. URCIUOLI | : | |

**UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION REQUESTING AN ORDER THAT THE CLERK OF COURT REFUND THE INTEREST ON THE FINE MONIES PAID BY THE DEFENDANT ROBERT A. URCIUOLI**

Defendant, Robert Urciuoli, has filed a motion requesting that the Clerk of the Court refund the interest that would have accrued on the fine monies he paid subsequent to his conviction and sentence. Defendant previously requested that his fine monies be returned in light of the First Circuit's decision to vacate his sentence. The United States did not oppose that request and the Court granted defendant's motion on April 28, 2008. Defendant now moves for the return of interest on the fine monies. The United States opposes the present request.

Defendant has not cited to any authority that allows for the return of such interest and the United States is aware of none. To the contrary, to the extent the Court has the authority to award the return of the fine monies, it is without authority to award interest on the fine. United States v. Hansen, 906 F. Supp. 688, 698 (D.D.C. 1995)(where former congressman's conviction overturned on habeas petition, court held that Tucker Act provided limited waiver of sovereign immunity in order to allow return of fine monies but did include authorizing Federal courts to award interest.) Accordingly, the United States respectfully requests that defendant's motion for interest be denied.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ LUIS M. MATOS
LUIS M. MATOS
First Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5046 - phone
(401)709-5001 - fax
Luis.Matos@usdoj.gov

/s/ DULCE DONOVAN
DULCE DONOVAN
Executive Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5046 - phone
(401)709-5001 - fax
Dulce.donovan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May, 2008, I caused the United States' Opposition to Defendant Robert Urciuoli's Motion Requesting an Order that the Clerk of Court Refund the Interest on the Fine Monies Paid by the Defendant to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Michael J. Connolly, Esq.
Kristie Passalacqua, Esq.
Hinckley, Allen, Snyder LLP
28 State Street
Boston, MA 02109

Kevin J. Bristow, Esq.
501 Turks Head Bldg.
Providence, RI 02903

/s/ LUIS M. MATOS
LUIS M. MATOS
First Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5046 - phone
(401)709-5001 - fax
Luis.Matos@usdoj.gov