FRANCES P. DRISCOLL
FEB 17 1998
VP PUBLIC RELATIONS & DEV

# Fax Transmission

## Senator John A. Celona

District 36 - North Providence

State of Rhode Island and Providence Plantations

1500 Mineral Spring Avenue
North Providence, Rhode Island 02904-3130

State House, Room 114, Providence, Rhode Island 02903

Office: 401-222-4541
Voice Mail: 401-222-6640, Ext. 136
Pager: 786-3330 FAX: 401-353-6155

**To:** Frances P Driscoll, APR.
**Date:** 2-17-98
**FAX Number:** 456-2282
**Number of pages, including cover:** 4
**SUBJECT:** Fran – enclosed is a copy of 98-H 8229.
Vin Mesolella is out of town, but I will get to him as soon as he returns to first, identify the motive of the bill (i.e. those behind it) and second to work to defeat it before it moves anywhere.
I'll keep you posted
Thank you – John

NOT PRINTED OR TRANSMITTED AT GOVERNMENT EXPENSE.

CONFIDENTIAL
GPH 000830

B