FILE No.006 06/24 '98 10:46 ID:Konica 7410 FAX:4014562029 PAGE 8
FEB-18-98 WED 10:47 AM SEN.JOHN A.CELONA

FRANCES P. DRISCOLL
FEB 18 1998
VP PUBLIC RELATIONS & DEV

# Fax Transmission


## Senator John A. Celona

District 38 - North Providence

State of Rhode Island and Providence Plantations

1500 Mineral Spring Avenue
North Providence, Rhode Island 02904-3130

State House, Room 114, Providence, Rhode Island 02903

Office: 401-222-4541
Voice Mail: 401-222-6640, Ext. 136
Pager: 788-3330 FAX: 401-353-6155


**To:** Fran Driscoll, APR
**Date:** 2-18-98
**FAX Number:** 456-2282
**Number of pages, including cover:** 4
**SUBJECT:** Enclosed are bill numbers & titles of bills regarding "assisted living" & "elderly".
I will get you copies of any that you require
John

NOT PRINTED OR TRANSMITTED AT GOVERNMENT EXPENSE.