Celona file

State of Rhode Island and Providence Plantations

from the desk of
Senator JOHN A. CELONA
Vice Chairman, Joint Committee on Accounts and Claims

4-16-98

To: Fran Driscoll

Fran - as of today, April 16th
98-S 2796 is still not
posted for hearing.
I will continue to
monitor.

Thanks -
John

CONFIDENTIAL
GPH 000838

D