MAR 26 ...

John F Bill

# Fax Transmission

**Senator John A. Celona**

*Deputy Majority Leader* *District 36 - North Providence*

State of Rhode Island and Providence Plantations

1500 Mineral Spring Avenue
North Providence, Rhode Island 02904-3130

State House, Room 145, Providence, Rhode Island 02903

Office: 401-222-3472
Voice Mail: 401-222-6640, Ext. 136
Pager: 786-3330 FAX: 401-353-6155

**To:** Alan Driscoll, APR

**Date:** 3-25-98

**FAX Number:**

**Number of pages, including cover:** 2

**SUBJECT:** Alan – the bill has been officially transfered to Senate Judiciary. I will keep you posted

John

NOT PRINTED OR TRANSMITTED AT GOVERNMENT EXPENSE.



E