FILE No.006 06/24 '98 10:50 ID:Konica 7410 FAX:4014562029 PAGE 18

MAR-26-98 THU 07:46 AM SEN. JOHN A. CELONA 401 353 6155 P.01

MAR 26

# Fax Transmission


## Senator John A. Celona

*Deputy Majority Leader* *District 36 - North Providence*

State of Rhode Island and Providence Plantations

1500 Mineral Spring Avenue
North Providence, Rhode Island 02904-3130

State House, Room 145, Providence, Rhode Island 02903

Office: 401-222-3472
Voice Mail: 401-222-6640, Ext. 136
Pager: 786-3330 FAX: 401-353-6155


**To:** Fran Driscoll APR
**Date:** 3/26/98
**FAX Number:**
**Number of pages, including cover:** 2
**SUBJECT:** Fran - My secretary has just faxed me stating that 98-S 2796 is not posted for today or tuesday.

I'll continue to track it

[signature]

NOT PRINTED OR TRANSMITTED AT GOVERNMENT EXPENSE.

P.S - See you on Monday at 2:00

CONFIDENTIAL
GPH 000841

F