(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

United States
Plaintiff(s)

v. Dkt. No. 1:06-cr-00002-ML-RWL-2

Frances Driscoll
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant Frances Driscoll hereby moves that Larry Tipton (BBO # 552557) be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Kevin J. Bristow
Print Name

RI Bar ID # 3984

Firm and Business Address

Email: KJBristowlaw@verizon.net

505 Turks Head Building

Tel. # 521-2800

Providence, RI 02903

Fax # 521-2812

---

**ORDER**

This motion is hereby ______ GRANTED ______ DENIED

District Judge

Date