**CR 06-002-01/02ML**
**USA v. Robert A. Urciuoli and Frances P. Driscoll**

**ATTACHMENTS in Support of Government's Response to Defendant Urciuoli's Renewed Motion to Dismiss**

**SEE: Document #307 filed on 6/18/2008**