UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. No. 06-02-04L |
| | ) | |
| ROBERT A. URCIOLI, | ) | |
| FRANCES P. DRISCOLL, and | ) | |
| ROGER WILLIAMS MEDICAL CENTER | ) | |

**FRANCES P. DRISCOLL'S MOTION FOR LEAVE TO FILE RESPONSIVE MEMORANDUM**

Defendant Frances P. Driscoll moves under Local Rule 47 for leave to file a brief responsive memorandum to the government's filings. Defendant states her reasons in the accompanying memorandum of law.

Respectfully submitted,
Frances P. Driscoll
By her attorneys,

/s/ John A. MacFadyen
John A. MacFadyen (#1209)
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
401-751-5090

/s/ Kevin Bristow
Kevin Bristow, Esq. (#3984)
76 Westminster Street
Providence, RI 02903
401-521-8000

/s/ Larry Tipton
Larry Tipton, Esq.
*Pro Hac Vice Counsel*
Law Office of Larry Tipton
One Center Plaza, Suite 220
Boston, MA 02108
617-227-1308

**CERTIFICATION**

I hereby certify that on the 27th day of June, 2008, a copy of this Motion and Memorandum was filed electronically and that it is available for viewing and downloading from the Court's ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/ John A. MacFadyen

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. No. 06-02-04 (MML) |
| | ) | |
| ROBERT A. URCIOLI, | ) | |
| FRANCES P. DRISCOLL, and | ) | |
| ROGER WILLIAMS MEDICAL CENTER | ) | |

**FRANCES P. DRISCOLL'S MEMORANDUM IN SUPPORT OF HER MOTION FOR LEAVE TO FILE RESPONSIVE MEMORANDUM**

Under Local Rule 47, leave of this Court must be sought before filing a responsive memorandum. Here, such a memorandum is necessary because multiple changes have occurred in the legal landscape since defendant's original filings back on May 7, 2008.

Most critically, beginning on May 13, 2008, this Court conducted the CVS trial. The events of this case changed the landscape for decision on defendant's motions, both legally and factually. Filing its responses after the CVS trial, the government has answered defendant's motions in light of, and in some measure in response to, the events of the CVS case. Consequently, this Court has received briefing on key points of the case as it stands today from only one side.

For this reason, Ms. Driscoll seeks leave to file a brief responsive memorandum.

Respectfully submitted,
Frances P. Driscoll
By her attorneys,

/s/ John A. MacFadyen

John A. MacFadyen (#1209)
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
401-751-5090

/s/ Kevin Bristow
Kevin Bristow, Esq. (#3984)
76 Westminster Street
Providence, RI 02903
401-521-8000

/s/ Larry Tipton
Larry Tipton, Esq.
*Pro Hac Vice Counsel*
Law Office of Larry Tipton
One Center Plaza, Suite 220
Boston, MA 02108
617-227-1308

**CERTIFICATION**

I hereby certify that on the 27th day of June, 2008, a copy of this Motion and Memorandum was filed electronically and that it is available for viewing and downloading from the Court's ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/ John A. MacFadyen