**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CRIMINAL NO. 06-02-04L** |
| **ROBERT A. URCIUOLI,** | : | |
| **FRANCES P. DRISCOLL and** | : | |
| **ROGER WILLIAMS MEDICAL CENTER** | : | |

**DEFENDANT FRANCES P. DRISCOLL'S MOTION FOR LEAVE TO TRAVEL TO NEW YORK STATE**

Now comes the Defendant, Frances P. Driscoll, and respectfully requests that this Honorable Court permit her to travel to Troy, New York on July 19, 2008 and return to Rhode Island on July 20, 2008. In support of this Motion, the Defendant avers as follows:

1. That Ms. Driscoll's family is having a family reunion in Troy, New York on July 19, 2008. Ms. Driscoll is desirous of joining her family at this family reunion, which will be held at the home of her cousin in Troy. This reunion will coincide with a celebration of the 80th birthday of a relative.

2. That Ms. Driscoll will be travelling by car to Troy, New York with her husband on July 19, 2008 and will return to Rhode Island the next day.

3. If the Court permits Ms. Driscoll to travel as requested, she will comply with whatever terms and conditions are imposed by this Court or by Probation.

4. Assistant U.S. Attorney Luis Matos has advised counsel for Ms. Driscoll that he has no objection to the granting of this request to travel.

Respectfully submitted,
FRANCES P. DRISCOLL
By her attorney,

/s/ Kevin J. Bristow____

Kevin J. Bristow, R.I. Bar Reg. No. 3984
505 Turks Head Building
Providence, R.I. 02903
401-521-2800
Fax 401-521-2812
kjbristowlaw@verizon.net

Dated: July 10, 2008

**Certification**

I certify that on July 10, 2008, I caused a true copy of this Motion was filed electronically and that it is available for viewing and downloading from the Court's ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/ Kevin J. Bristow_____