# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| * * * * * * * * * * * * * * * * | C.R. NO. 06-02T |
| UNITED STATES OF AMERICA * | |
| VS. * | SEPTEMBER 12, 2006<br>9:15 A.M. |
| ROBERT A. URCIUOLI, et al * | |
| * * * * * * * * * * * * * * * * | PROVIDENCE, RI |

BEFORE THE HONORABLE ERNEST C. TORRES,

CHIEF JUDGE

(Jury Trial)

APPEARANCES:

FOR THE GOVERNMENT: LUIS M. MATOS, AUSA
DULCE DONOVAN, AUSA
U.S. Attorney's Office
50 Kennedy Plaza
Providence, RI 02903

FOR THE DEFENDANT, URCIUOLI: MICHAEL J. CONNOLLY, ESQ.
Hinckley, Allen & Snyder, LLP
28 State Street
2nd Floor
Boston, MA 02109

RICHARD M. EGBERT, ESQ.
99 Summer Street
Suite 1800
Boston, MA 02110

# I N D E X


| GOVERNMENT WITNESS | PAGE |
|---|---|
| Sheila Capobianco | |
| Direct Examination by Ms. Donovan | 17 |
| Cross-Examination by Mr. Connolly | 80 |
| Cross-Examination by Mr. Bristow | 99 |
| Redirect Examination by Ms. Donovan | 108 |
| Katherine D'Arezzo | |
| Direct Examination by Ms. Donovan | 112 |
| Cross-Examination by Mr. Egbert | 148 |


# E X H I B I T S


| GOVERNMENT | FOR ID | IN FULL |
|---|---|---|
| 144 | | 41 |
| 149 | | 119 |
| 155 | | 77 |
| 159 | | 133 |
| 162 | | 141 |
| 163-A | | 145 |
| 165 | | 44 |
| 185 | | 77 |
| 196 | | 77 |
| 199 | | 77 |
| 219 | | 59 |
| 224 | | 59 |
| 227 | | 77 |
| 229 | | 77 |
| 234 | | 69 |
| 240 | | 72 |
| 262 | | 77 |
| 266 | | 73 |
| 278 | | 77 |
| 294 | | 77 |
| 303 | | 77 |
| 354 | | 77 |
| 373 | | 77 |
| 377 | | 77 |
| 385 | | 77 |

Q. Did that subsequent meeting between Mr. Urciuoli, Mrs. Driscoll and James McGuirk take place?
A. Yes.
Q. And, again, how soon after you overheard the conversation between Robert Urciuoli and Frances Driscoll?
A. I'm not exactly sure, but within a short time frame.
Q. Where did that meeting take place?
A. Mr. Urciuoli's office.
Q. Was there anyone else in attendance besides the three of them?
A. No.
Q. Was the office -- Mr. Urciuoli's office door open or closed during that meeting?
A. To my recollection, it was closed.
Q. Did Mrs. Driscoll ever discuss with you the potential contract or hiring of Mr. Celona?
A. Not -- we never discussed it. Just in passing. She did make a comment that she didn't think it was a good idea.
Q. Do you recall when in relation to this series of meetings she made that comment?
A. I don't recall the exact time, but I believe it was after the meeting that took place with Mr. McGuirk,

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| * * * * * * * * * * * * * * * * | C.R. NO. 06-02T |
| UNITED STATES OF AMERICA * | |
| VS. * | SEPTEMBER 15, 2006 8:30 A.M. |
| ROBERT A. URCIUOLI, et al * | |
| * * * * * * * * * * * * * * * * | PROVIDENCE, RI |

BEFORE THE HONORABLE ERNEST C. TORRES,

CHIEF JUDGE

(Jury Trial)

APPEARANCES:

FOR THE GOVERNMENT: LUIS M. MATOS, AUSA
DULCE DONOVAN, AUSA
U.S. Attorney's Office
50 Kennedy Plaza
Providence, RI 02903

FOR THE DEFENDANT, URCIUOLI: MICHAEL J. CONNOLLY, ESQ.
Hinckley, Allen & Snyder, LLP
28 State Street
2nd Floor
Boston, MA 02109

RICHARD M. EGBERT, ESQ.
99 Summer Street
Suite 1800
Boston, MA 02110

# INDEX



| GOVERNMENT WITNESS | PAGE |
|---|---|
| John Celona, Resumes | |
| Continued Direct Examination by Mr. Matos | 28 |
| Cross-Examination by Mr. Egbert | 207 |



# EXHIBITS



| GOVERNMENT | FOR ID | IN FULL |
|---|---|---|
| 2 - 79 | | 201 |
| 254 | | 29 |
| 275 | | 29 |
| 288 | | 41 |
| 290 | | 50 |
| 295 | | 74 |
| 320 | | 59 |
| 326 | | 65 |
| 341 | | 76 |
| 363 | | 79 |
| 364 | | 68 |
| 374 | | 143 |
| 375 | | 143 |
| 383 | | 123 |
| 417 | | 88 |
| 421 | | 54 |
| 430 | | 127 |
| 432 | | 129 |
| 437 | | 134 |
| 469 | | 149 |
| 474 | | 151 |
| 484 | | 159 |
| 488 | | 159 |
| 506 | | 153 |
| 507 | | 163 |
| 522 | | 170 |
| 528 | | 175 |
| 532 | | 195 |
| 536 | | 199 |

| DEFENDANT URCIUOLI | FOR ID | IN FULL |
|---|---|---|
| F | | 212 |
| G | | 215 |
| H | | 231 |

2003, were you paid approximately over $250,000?
A. If that's what it adds up to, yes.
Q. And is that what's represented by the checks that are in front of you?
A. Yes, sir.
Q. And your pay increased over the course of the years; is that correct?
A. Yes.
Q. And as your pay increased, what happened to the amount of work you were doing for the Village at Elmhurst?
A. It decreased.
Q. What happened to the amount of work you were doing for Roger Williams Medical Center?
A. It increased.
Q. When you stopped working -- by the time that your contract was terminated, approximately how much -- if you could give a percentage of work that you did for the Village at Elmhurst vis-a-vis the hospital, what would that be?
A. When I stopped working?
Q. Yes.
A. Probably 90 percent hospital, 10 percent Village, and 10 percent was on my own, most of it.
Q. And, Mr. Celona, the checks that you have in front

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | C.R. NO. 06-02T |
| VS. | SEPTEMBER 20, 2006<br>9:30 A.M. |
| ROBERT A. URCIUOLI, et al | PROVIDENCE, RI |

BEFORE THE HONORABLE ERNEST C. TORRES,

CHIEF JUDGE

(Jury Trial)

APPEARANCES:

FOR THE GOVERNMENT: LUIS M. MATOS, AUSA
DULCE DONOVAN, AUSA
U.S. Attorney's Office
50 Kennedy Plaza
Providence, RI 02903

FOR THE DEFENDANT, URCIUOLI: MICHAEL J. CONNOLLY, ESQ.
Hinckley, Allen & Snyder, LLP
28 State Street
2nd Floor
Boston, MA 02109

RICHARD M. EGBERT, ESQ.
99 Summer Street
Suite 1800
Boston, MA 02110

# I N D E X


| GOVERNMENT WITNESS | PAGE |
|---|---|
| John Celona, Resumes | |
| Cross-Examination by Mr. Pappalardo | 4 |
| Redirect Examination by Mr. Matos | 149 |
| Continued Cross-Examination by Mr. Pappalardo | 184 |
| James McGuirk | |
| Direct Examination by Mr. Matos | 190 |


# E X H I B I T S

| GOVERNMENT | FOR ID | IN FULL |
|---|---|---|
| 81 | | 207 |
| 84 | | 212 |
| 86 | | 219 |

| DEFENDANT SANGERMANO | FOR ID | IN FULL |
|---|---|---|
| KKKK | 58 | |
| XXXXXX | 185 | |

the three of you, you, Bob Urciuoli and Fran Driscoll, regarding the hiring of John Celona?

A. I don't think so.

Q. Did you have subsequent conversations with Frances Driscoll about the hiring of John Celona?

A. Yes.

Q. And where did -- what was the next conversation you had with Frances Driscoll after the meeting in Robert Urciuoli's office?

A. I told her I thought it was a bad idea, and she said she agreed but that Bob looked committed to it. And I said, Maybe he'll forget about it. Maybe we can just ignore it. And she said, I don't think that's going to happen.

Q. And after she said that she didn't think it was going to happen, did you ever witness her say anything to Bob Urciuoli or do anything in order to keep the consulting agreement from going forward?

A. No.

Q. Did you know what she meant by, I don't think it's going to happen?

MR. BRISTOW: I object, Judge.

THE COURT: Sustained.

Q. Did she say anything else about why she didn't think it was going to happen?

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| * * * * * * * * * * * * * * * * | C.R. NO. 06-02T |
| UNITED STATES OF AMERICA * | |
| VS. * | SEPTEMBER 21, 2006<br>9:30 A.M. |
| ROBERT A. URCIUOLI, et al * | |
| * * * * * * * * * * * * * * * * | PROVIDENCE, RI |

BEFORE THE HONORABLE ERNEST C. TORRES,

CHIEF JUDGE

(Jury Trial)

APPEARANCES:

FOR THE GOVERNMENT: LUIS M. MATOS, AUSA
DULCE DONOVAN, AUSA
U.S. Attorney's Office
50 Kennedy Plaza
Providence, RI 02903

FOR THE DEFENDANT, URCIUOLI: MICHAEL J. CONNOLLY, ESQ.
Hinckley, Allen & Snyder, LLP
28 State Street
2nd Floor
Boston, MA 02109

RICHARD M. EGBERT, ESQ.
99 Summer Street
Suite 1800
Boston, MA 02110

# I N D E X

| GOVERNMENT WITNESS | PAGE |
|---|---|
| James McGuirk, Resumes | |
| Continued Direct Examination by Mr. Matos | 4 |
| Cross-Examination by Mr. Connolly | 71 |
| Cross-Examination by Mr. Bristow | 172 |
| Continued Cross-Examination by Mr. Connolly | 217 |
| Cross-Examination by Mr. Pappalardo | 219 |
| Redirect Examination by Mr. Matos | 227 |

# E X H I B I T S

| GOVERNMENT | FOR ID | IN FULL |
|---|---|---|
| 1 | | 120 |
| 88 | | 5 |
| 89 | | 5 |
| 90 | | 7 |
| 91 | | 9 |
| 92 | | 9 |
| 97 | | 54 |
| 107 | | 55 |
| 109 | | 18 |
| 112 | | 12 |
| 114 | | 14 |
| 117 | | 22 |
| 143 | | 30 |
| 160 | | 228 |
| 161 | | 229 |
| 164 | | 165 |
| 176 | | 28 |
| 265 | | 56 |
| 560 | | 52 |

| DEFENDANT DRISCOLL | FOR ID | IN FULL |
|---|---|---|
| WWWWW | | 194 |

| DEFENDANT URCIUOLI | FOR ID | IN FULL |
|---|---|---|
| XXXXX | | 111 |

A. Yes.
Q. And it has an X through the language that you had included about Roger Williams Medical Center and its relationship to the other entities, things that you discussed yesterday; is that correct?
A. Yes.
Q. And whose handwriting is in the top right-hand corner?
A. I believe that's Fran's.
Q. And what does it say?
A. It says, Jim, I think to remove this, also.
Q. And, Mr. McGuirk, did you have any conversations with Frances Driscoll about that comment on the fax?
A. Yes.
Q. What did she say to you?
A. She said that the -- again, that Mr. Sangermano and Senator Celona were not signing on to my analysis or my description of the continuum of care by the medical center; that, typical of lawyers, I was making a mountain out of a molehill here; we needed a simple consulting agreement and she didn't need a treatise on strategic planning by the medical center; and that it was -- you know, if I liked it, that was fine, but she thought it was inappropriate to have Mr. Sangermano and Celona sign on to my description of the strategic plan

second.

(Pause)

Q. As you testify here today under oath, can you say with certainty that Fran Driscoll did not, in your and Mr. Urciuoli's presence, say that she did not -- that she thought hiring John Celona was a bad idea or not a good idea?

A. She didn't say it was a bad idea with Bob and myself there.

Q. And you're certain of that now; is that correct?

A. Yes.

Q. Are you also certain, though, at some point in that same time frame she said to you directly that she did not think it was a good idea to hire Mr. Celona?

A. She did.

Q. Now, at some point -- is it accurate to say that at some point you had a conversation with Mrs. Driscoll where you said something like, you know, Maybe if I don't get to this right away, Bob will change his mind or forget about it?

A. Yes.

Q. I'm not calling him Bob. That's what you would have said at the time; is that correct?

A. Yes.

Q. That's how you would have addressed him or

narrow decision that Senator Celona would be prevented from working for the medical center?

A. Yes.

Q. And is it accurate to say that at that time both you and Mrs. Driscoll were hoping that the Ethics Commission would come back with such a narrow decision that Senator Celona would be faced with either working as a consultant or resigning his elected post as a state senator?

MR. MATOS: Objection to the form of the question, your Honor.

THE COURT: Sustained.

Q. Do you remember Mrs. Driscoll saying to you, Maybe they'll only let him go to Bingo nights? Do you remember her saying that?

A. She might have said something like that.

Q. Something like that?

A. (Nods affirmatively).

Q. And that was during this time when this Ethics Commission was being formulated and when you were waiting for a decision from the Ethics Commission? Do you remember that? That's the time frame, isn't it?

A. As -- I think that comment was -- well, she might have said it then, but she certainly said it in September or October.