# EXHIBIT A

**EXHIBIT A**

PROPOSED CAUTIONARY INSTRUCTION: ETHICS COMMISSION

The Ethics Commission is an independent public agency created by amendment to the Rhode Island State Constitution which adopts, enforces and administers the Rhode Island Code of Ethics, which governs the conduct of its public officials, including legislators.

Under Rhode Island state law, the legislator is the one who is responsible for identifying any actual or potential conflict of interest, determining whether such a conflict, if one exists, needs to be disclosed and determining under all circumstances he or she is permitted to participate in legislation.

In this regard, legislators are permitted by Rhode Island state law to seek guidance and approval from the Ethics Commission, but Rhode Island state law does not require them to seek such guidance or approval. A legislator who obtains an advisory opinion about a particular activity may not thereafter be subject to an ethics complaint based on that same activity.

The Ethics Commission issues advisory opinions on whether the private business activity of a legislator will create a conflict with his/her official duties. It will not issue an opinion on whether past political activity of a legislator was appropriate.

A public official who seeks guidance from the Ethics Commission may do so by making a request in writing. A legislator has no obligation to include all of his or her activities when seeking an advisory opinion from the Ethics Commission. On the other hand, the Ethics Commission will not be bound by an advisory opinion if it was not told of all the facts and circumstances necessary to reach its conclusion.

(Adopted from instruction given in CVS Trial, Tr. 5/12/08:33-34)