UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

IN THE MATTER OF:

ROGER WILLIAMS MEDICAL CENTER

Testimony of HERBERT W. CUMMINGS, a witness herein, heard before the SPECIAL JUNE 2005 GRAND JURY on TUESDAY, AUGUST 2, 2005, 3:41 P.M., at the John O. Pastore Federal Building, Two Exchange Terrace, Providence, Rhode Island.

PRESENTED BY:

LUIS M. MATOS, ESQUIRE

ASSISTANT U.S. ATTORNEY

DULCE DONOVAN, ESQUIRE

ASSISTANT U.S. ATTORNEY

Vivian S. Dafoulas, RMR-CRR

East Greenwich, RI 02818-2064

(401) 885-0992

A. I do.

Q. In addition, I need to tell you that you have an obligation this afternoon to testify truthfully and that your failure to do so could result in possible criminal charges being brought against you for perjury, obstruction of justice or the violation of other federal criminal statutes; do you understand that?

A. Yes.

Q. Do you understand all of the rights that I just advised you of?

A. Yes, I do. Thank you.

Q. Mr. Cummings, what is your current relationship to Roger Williams Medical Center?

A. I'm a trustee.

Q. What does that mean?

A. That's -- actually a trustee serves on the Board of Trustees of the hospital. There is actually 17, approximately 17 trustees on the hospital and we serve in a governance manner.

Q. And I've often heard the term Board of Trustees or Board of Directors. Are those terms used interchangeably?

A. They are. Mostly in the for-profits they use directors, and I think in a non-profit it's

usually trustees. I think that's the distinction. I'm not really sure but I believe it is.

Q. How long have you been a trustee?

A. Since 1992.

Q. And as a trustee, have you held any particular position of prominence in relation to your fellow trustees on the board of Roger Williams Medical Center?

A. Yes. I was chairman of the hospital from 1998 to 2001.

Q. How does one become chairman?

A. Well, I think in different ways. I was asked to be chairman by the executive committee. They approached me in early '98 and said the problem was -- the -- the hospital was experiencing some problems and would I come on.

Q. What is the executive committee of the board?

A. The executive committee is a group of the trustees that are selected as a separate committee that deal with more of the intricate problems on a regular basis when the board is not meeting. In other words, in between meetings.

Q. Between the executive committee and the full Board of Trustees, which of those bodies is

Q. Are you aware that at some point the hospital, there were complaints made about Mr. Urciuoli submitting improper expenses for reimbursement from the Medical Center?

A. Yes.

Q. And when was that, what happened and how were those issues resolved?

A. Yes. I think when I came in to the hospital as -- as chairman in 1998, as I described, there were a lot of charges made at that particular time to me by doctors and -- and employees and et cetera, so what I did is I went outside and had a firm come in that I had worked with in the bank and they came in and did a report.

Actually we refer to the report as the Sailer (phonetic) report and that was a report that was done on the hospital and these accusations that were made about the hospital and they looked into all of those.

And the report actually was kept as attorney-client privilege and yet, on the other hand, I think it was in the paper so I can mention it here, is the fact that they came up with the conclusion that Mr. Urciuoli had spent monies that was inappropriate on his entertainment field and as

would think the money went back to the hospital, I'm pretty sure of that.

GRAND JUROR: Thank you.

EXAMINATION

BY MS. DONOVAN:

Q. Mr. Cummings, why wasn't Mr. Urciuoli asked to resign? I mean clearly someone concluded, the board concluded that he had bilked the hospital for $17,000 in phoney expense reimbursement requests. Why was he not -- why was he not asked to resign?

A. Well, the board discussed it at length. He didn't completely admit that he, you know -- the 17,000, he didn't come forth and say -- he denied that the conclusion we reached was a proper one; okay?

So -- so we could have prolonged this thing forever and had all kinds of legal expenses in addition to this, so the consensus of the board was that he should pay back the 17,000; that would be appropriate in view of the circumstances over a period of years.

Q. What did you conclude about whether he had, in fact, inappropriately submitted expense -- expenses to the hospital for reimbursement?

A. Well, I was part of the process, you know, with -- with the board. We deliberated and talked about it.

Q. What did you personally conclude about whether he did it or not?

A. Whether he spent the money or not or -- or --

Q. Yes. Whether he inappropriately sought reimbursement or obtained reimbursement from the hospital for expenses that were not hospital related. What did you conclude about whether he had committed those acts or not?

A. Well, we -- I assumed -- I concluded that the $17,000 he spent inappropriately.

Q. And did you, based on that, make any recommendations as to whether he should be asked to resign?

A. We discussed it at the board meeting and in the -- the -- I had the report, showed it to the executive committee. Each one had an opportunity to read it. We came up with a discussion. The majority of the executive committee felt that reimbursement was appropriate.

Q. And wasn't part of your duties, once you became paid chairman, wasn't part of your duties

essentially to keep an eye on Mr. Urciuoli after those incidents came to light and ensure that he not commit the same infractions in the future?

A. That's right.

Q. So in addition to working with the different factions in the hospital, part of your duties were to essentially babysit Mr. Urciuoli and make sure that he not defraud the hospital of any future expenses?

A. In that period of time, that's right, the next three years, that's right.

Q. Why did they choose you?

THE WITNESS: To take over?

MS. DONOVAN: Yes.

A. You'll have to ask them. I'm sure they'd be pleased to share with you why they selected me to come in and to do that job.

Q. What was your relationship with Mr. Urciuoli at that time?

A. I had no relationship with him at all.

Q. Did you ever have -- did you ever have a relationship with him where you socialized outside of work related --

A. No.

Q. -- hospital related --