**EXHIBIT A**

PROPOSED LIMITING INSTRUCTION: CONSPIRACY AND MAIL FRAUD

Ms. Driscoll is not charged with conspiracy. Nor is she charged with devising a scheme or artifice to defraud under the mail fraud statute. You are instructed that she is not guilty of these offenses. Instead she is charged with aiding and abetting others in the execution of a scheme or artifice to defraud.

* * * *

You may not consider this [the Ethics Advisory Request] evidence on the question of whether Ms. Driscoll aided and abetted the devising of a mail fraud. Instead, where Ms. Driscoll is concerned, you may consider this evidence only on the separate question of whether the government has proven the existence of a scheme or artifice to defraud devised by persons other than Ms. Driscoll.

(EXHIBIT 2)