# APPENDIX A

07/23/99 15:17 FAX 4014562282 RWMC PR 001

G-156

Fax to J Celona — D Miller

John - can you please obtain the minutes commission of the legislative meeting on LifeSpan / Care NE merger that RW spoke at Wed 14 at 4:00 PM at State House.

Arlene Jackson took notes. We would also like her attendance.

326

Thanks.

Joan Duncan

351-3005

SS - 00655

G-157

# MEMORANDUM

TO: FRANCES P. DRISCOLL, APR
Senior Vice President, External Affairs,
Corporate Communications & Development
Roger Williams Medical Center

FROM: JOHN A. CELONA

DATE: July 23, 1999

SUBJECT: Presentation with the Knights of Columbus/meeting minutes

The Dillon Council Knights of Columbus on Douglas Avenue in North Providence is hosting a "state meeting" on Friday, August 20, 1999 at 7:30 P.M. After speaking with the Dillon K of C Grand Knight Domenic Minervino he was enthusiastic about our prostate cancer demonstration being held at that meeting. He informs me that there are at least 100 Knights from across the state at the "state meetings" and that we could increase that number by including general membership of the local K of C Councils.

I reported this to Arlene Troia. Please inform me if this date and event is proper for our purpose.

------------------

On Monday, July 26, 1999 I will go the the State House regarding the hearing of July 14 regarding the merger of Lifespan and Care New England. If they are available at that time I will hand deliver them to you thereafter. If they need to be transcribed, I will expedite that process.

G-157

JACKSON STREET – NORTH PROVIDENCE

ROSE PROVAZZA

Letter regarding pharmacy choice

JESSICA CIRCLE – NORTH PROVIDENCE

WILLIAM J. HENRY

Letter regarding 99-H-5559 and 99-S-663

JOHN F. KENNEDY CIRCLE – NORTH PROVIDENCE

MICHAEL DELUCA, JR.

Letter regarding 99-H-5559 and 99-S-663

JOYCE DRIVE - NORTH PROVIDENCE

JAMES GRANDE, JR.

Sent video tape and Senate Journal on adjournment of TR

LAMSON ROAD – BARRINGTON

WILLIAM A. MANNING, CPA

Letter regarding 99-S-625

LANGDON STREET – PROVIDENCE

ELIZABETH N. CASSINO

Letter regarding pharmacy choice

LEXINGTON AVENUE - NORTH PROVIDENCE

THOMAS PAGANO

Letter regarding chiropractic physician

CASE NO. ____________

VS. ____________

PLAINTIFF'S EXHIBIT 321

DATE ____________ IDEN.

DATE ____________ EVID.

BY ____________
Deputy Clerk

AO 386

07/27/99 14:47 FAX 4014562282 RWMC PR 001/001
JUL-26-99 MON 05:16 PM SEN.JOHN A.CELONA 401 353 6155 P.01

G-158

# MEMORANDUM

JUL 27 1999
VP PUBLIC RELATIONS & DEV

TO: FRANCES P. DRISCOLL, APR
Senior Vice President, External Affairs,
Corporate Communications & Development
Roger Williams Medical Center

FROM: JOHN A. CELONA

DATE: July 26, 1999

SUBJECT: July 14, 1999 Lifespan/Care New England merger hearing

As I reported to Karen, I personally went to the State House today and researched the availability of the minutes of the July 14, 1999 of the Lifespan/Care New England merger hearing as you directed.

The Department of the Attorney General is in control of those hearings. After investigation, the AG's office infroms me that transcribed minutes were not taken. However, William Fischer, the Executive Chief of Staff of the Attorney General is forwarding to me all exhibits and information presented at that hearing in addition to any other pertinent information.

As soon as I receive the information, I will hand deliver.

John —
I want to be sure
we are talking @
the same hearing —
It appears Gugliotta, Montella,
Freeman — etc legislative & driven
thought it was
not one of regularly scheduled
AG hearings. Do you have a number for [illegible]

SS - 00656

G-159

# Fax Transmission

**Senator John A. Celona**

*District 36 - North Providence*

State of Rhode Island and Providence Plantations

51 Pinewood Drive

North Providence, Rhode Island 02904-3426

State House, Room 145, Providence, Rhode Island 02903

Home: 401-353-3042 Office: 401-222-3472

Voice Mail: 401-222-6640, Ext. 136

Pager: 786-3330 FAX: 401-353-6155

E-mail: sen-celona@rilin.state.ri.us

**To:** Fran Driscoll, APR - RWMC

**Date:** 7-27-99

**FAX Number:**

**Number of pages, including cover:** 1

**SUBJECT:** There is a House only commission re: Lifespan / Care New England. I misunderstood re: the AG's hearing. I have the AG's minutes that I will deliver to you. FYI

I also ordered the House hearing minutes of 7-14-99 w/ RO. I will deliver when obtained.

**NOT PRINTED OR TRANSMITTED AT GOVERNMENT EXPENSE.**

JAC

SS - 00344

G-159

MINERAL SPRING AVENUE – NORTH PROVIDENCE CONTINUED

KAREN A. TESTA, EXECUTIVE DIRECTOR

Letter thanking her for inviting him to ":Meet Your Elected Officials' Luncheon

CASE NO. ____________

VS. ____________

PLAINTIFF'S EXHIBIT 324

DATE ____________ IDEN.

DATE ____________ EVID.

BY ____________
Deputy Clerk

AO 386

MORGAN AVENUE – NORTH PROVIDENCE

SGT. DONALD GLIOTTONE

Letter regarding veterans bill

MOWRY AVENUE – JOHNSTON

JOHN A. SGAMBATO

Letter regarding pharmacy choice

NELSON TERRACE - NORTH PROVIDENCE

THEO PAPIGIOTIS

Letter stating his new license plate P-398 is in

NEW LANE – SCITUATE

DAN TURNER

Letter regarding pharmacy choice

NEW LONDON AVENUE - CRANSTON

EDWARD T. HYNES

Letter of recommendation for Laural Luongo of 9 Amanda Way, Providence, RI to move from her present position at DCYF

NEW YORK

CARL JOHNSON, DIRECTOR, PFIZER

Letter regarding the information that was sent to you.

G-160

MEMORANDUM

TO: FRANCES P. DRISCOLL, APR
Senior Vice President, External Affairs,
Corporate Communications & Development
Roger Williams Medical Center

FROM: JOHN A. CELONA

DATE: July 29, 1999

SUBJECT: Lifespan/Care New England merger hearing minutes

Attached are the minutes of the July 14, 1999 Attorney General's hearing on the porposed merger of Lifespan and Care New England.

FYI

G-160

GARFIELD STREET – NORTH PROVIDENCE

BEATRICE GENTES

Letter regarding pharmacy choice

GAUDET STREET - NORTH PROVIDENCE

SHEILA CARNEVALE

Letter regarding pharmacy of choice

MR. & MRES. GENE COLIVICHIA

Letter regarding pharmacy choice

GENERAL STREET – PROVIXDENCE

MR. & MRS. TONY A. DUPUIS

Letter regarding pharmacy choice

GEORGE STREET - NORTH PROVIDENCE

CHAIRMAN ANTHONY R. MARCIANO

Letter of recommendation for Stephan Califano of 119 Homewood Ave., N. Prov. for employment as Director of Non-Educational Activities within the school department.

GRAY STREET - NORTH PROVIDENCE

ALFRED RICCI

Sent RI Official Stickers

CASE NO.

VS.

PLAINTIFF'S EXHIBIT 325

DATE IDEN.

DATE EVID.

BY Deputy Clerk

AO 386

G-161

Can! Fax to JC

# MEMORANDUM

TO: FRANCES P. DRISCOLL, APR
Senior Vice President, External Affairs,
Corporate Communications & Development
Roger Williams Medical Center

FROM: JOHN A. CELONA

DATE: July 29, 1999

SUBJECT: Prostate Cancer meeting with Knights of Columbus & Lifespan/Care New England merger hearing

Is the August 20th date approved regarding the presentation at Dillon K of C Hall on Douglas Avenue in North Providence?

I deleivered the minutes of both hearings dealing with the Lifespan/Care New England merger to Karen at RWMC. Those of the House commission in total, including the hearing that Bob testified at and the minutes of the Attorney General's hearings.

If you wish, I can continue to attain the minutes of future hearings for your review and records. Please advise.

326

SS - 00662

G-162

# MEMORANDUM

TO: FRANCES P. DRISCOLL, APR
Senior Vice President, External Affairs,
Corporate Communications & Development
Roger Williams Medical Center

FROM: JOHN A. CELONA

DATE: August 4, 1999

SUBJECT: Lifespan/Care New England merger hearing minutes

There were no official minutes taken for the July 29, 1999 House commission meeting regarding the Lifespan/Care New England merger. The stenographic machine malfunctioned and as a result, no minutes were recorded.

I am attaching the list of members in attendance along with the speakers list and a copy of the ProJo article.

G-162

J. VINCENT MESOLELLA, JR. CITATION

**NORTH PROVIDENCE HIGH SCHOOL HOCKEY TEAM CITATIONS:**

DAVID RAMOS
JASON ST. GERMAIN
BRIAN HERVIEUX
EDWARD GELSOMINO
BRAD COLETTA
ANTHONY LISI
ANTHONY SERIO
RONALD CASTELLONE
ERIC BUCO
SEAN TRACEY
CRAIG SEYBOTH
AARON HOLZINGER
MICHAEL MARTIN
MICHAEL RICCI
NORTH PROVIDENCE HIGH SCHOOL

COMMISSION TO STUDY THE PROPOSED MERGER OF LIFESPAN/CARE NEW ENGLAND

G-162

Meeting of July 29, 1999
3:00 P.M.
Room 313 State House

Members in attendance:

Rep. Edward S. Inman, III, Chairman
R. Scott Hanson, M.D.
Mark Montella
Richard Freeman
William Guglietta

Speakers:

John Hynes, President of Care New England
George Vecchione, President of Lifespan
Sam M. Cate, Trustee
Jonathan Farnum, Trustee
Levi Adams, Trustee
Dr.Reed Coleman, Trustee

Other Trustees in attendance:

Ted Almon, W & I Foundation
Suzanne Gilstein, Miriam Hosiptal
Deborah Benitz, Lifespan, Miriam
Robert E. DeBlois, Butler Hosiptal
Ralph Fleming, W & I
Edward Quinlan, HARI
Dennis Langley, Urban League

G-162

CASE NO. ____________

____________

VS. ____________

PLAINTIFF'S EXHIBIT 330

DATE ____________ IDEN.

DATE ____________ EVID.

BY ____________
Deputy Clerk

AO 386

02/14/00 16:37 FAX 4014562282 RWMC PR 001/001
FEB-11-00 FRI 05:50 PM SEN. JOHN A. CELONA 401 355 6155 P. 01

G-172

# MEMORANDUM

TO: FRANCES P[illegible]SCOLL, APR
Senior Vice President,
Instituational Advancement
Roger Williams Medical Center

FROM: JOHN A. CELONA

DATE: February 11, 2000

SUBJECT: Jet Ski Legislation

I have introduced the so called "Jet- Ski" legislation as forwarded for Mr. Buonanno.

If there is a need to amend, please advise.

Thanks
Mr. Moore was fine
I have not heard from
Mr. Buonanno. Go forward
w/ opening L/C NE as
indicated in weekend memo
J

[redacted]

55-0552

G-172

# STATE OF RHODE ISLAND

[illegible]

[illegible]

[illegible]

[illegible]

46-22-12.1. Personal watercraft. – (a) No person shall operate a [illegible] [illegible] defined in section 46-22- [illegible] or any water of this state unless the operator [illegible]

[illegible]

[illegible] shall be subject [illegible] the provisions [illegible] and provisions shall be enforced [illegible] management, harbormasters, assistant harbormasters [illegible] authorized to make arrests, and employees of the department of environmental [illegible]

[illegible] take effect [illegible]

G-172

# MEMORANDUM

TO: FRANCES P. DRISCOLL, APR
Senior Vice President,
Instituational Advancement
Roger Williams Medical Center

FROM: JOHN A. CELONA

DATE: February 11, 2000

SUBJECT: Jet Ski Legislation

I have introduced the so called "Jet- Ski" legislation as forwarded for Mr. Buonanno.

If there is a need to amend, please advise

G-173

# MEMORANDUM

TO: FRANCES P. DRISCOLL, APR
Senior Vice President,
Instituational Advancement
Roger Williams Medical Center

FROM: JOHN A. CELONA

DATE: February 12, 2000

SUBJECT: Lifespan/Care New England Merger

Attached is a letter from the RI AFL-CIO opposing the Lifespan/Care New England merger and their reasoning.

Would there be an objection for my opposing such?

Please advise.