**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CR 06-02MML |
| | : | |
| ROBERT A. URCIUOLI and | : | |
| FRANCES P. DRISCOLL | : | |

**UNITED STATES' MOTION FOR RECONSIDERATION**
**OF THE COURT'S ORDER SUSTAINING DEFENDANT URCIUOLI'S**
**OBJECTION TO TESTIMONY OF JAMES MCGUIRK**

On September 10, 2008, during the United States' questioning of James McGuirk defendant Urciuoli objected to a question concerning a telephone conversation that James McGuirk had with defendant Driscoll. Defendant argued that Mr. McGuirk's answer would constitute double hearsay. The United States responded that a portion of Mr. McGuirk's response constituted an admission by Ms. Driscoll and the remainder was admissible under the "state of mind" exception to the hearsay rule. Fed. R. Evid. 803(3). The Court indicated that it was concerned about the double hearsay issue and requested authority from the United States. The United States respectfully requests that the Court reconsider its ruling for the reasons stated in the accompanying memorandum of law.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Luis M. Matos
LUIS M. MATOS
First Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
(401)709-5000 - phone
(401)709-5001 - fax

luis.matos@usdoj.gov

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
(401)709-5000 - phone
(401)709-5001 - fax
dulce.donovan@usdoj.gov

**CERTIFICATE OF E-FILING**

I hereby certify that on September 10, 2008, I electronically filed this Motion for Reconsideration with the Clerk of the US District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Kristie M. Passalacqua, Esq.
Michael Connolly, Esq.
Joseph Whelan, Esq.
Hinckley, Allen & Snyder
1500 Fleet Center
Providence, RI 02903

Howard Cooper, Esq.
Todd & Weld, LLP
28 State Street
Boston, MA 02109

John A. MacFadyen, Esq.
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903

Kevin Bristow, Esq.
76 Westminster Street
Providence, RI 02903

Larry Tipton
One Center Place, Suite 220
Boston, MA 02108

/s/ LUIS M. MATOS

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CR 06-02MML |
| | : | |
| ROBERT A. URCIUOLI and | : | |
| FRANCES P. DRISCOLL | : | |

**UNITED STATES' MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION OF THE COURT'S ORDER SUSTAINING DEFENDANT URCIUOLI'S OBJECTION TO TESTIMONY OF JAMES MCGUIRK**

## I. Introduction and Discussion

On September 10, 2008, during the United States' questioning of James McGuirk defendant Urciuoli objected to a question concerning a telephone conversation that James McGuirk had with defendant Urciuoli. Defendant argued that Mr. McGuirk's answer would constitute double hearsay. The United States responded that a portion of Mr. McGuirk's response constituted an admission by Ms. Driscoll and the remainder was admissible under the "state of mind" exception to the hearsay rule. Fed. R. Evid. 803(3). The Court indicated that it was concerned about the double hearsay issue and requested authority from the United States.

It is well-established in the Rules of Evidence that "[h]earsay within hearsay is not excluded under the hearsay rule if each part of the combined statements conforms with an exception to the hearsay rule provided in these rules." Fed.R.Evid. 805. At trial, the United States asked Mr. McGuirk about a telephone conversation that he had with Frances Driscoll in the context of reviewing Government Exhibits 95, 96 and 116. In general, Mr. McGuirk testified about his efforts to draft a letter satisfactory to counsel for Peter Sangermano.

At side bar, the United States proferred that it expected Mr. McGuirk to testify that

defendant Driscoll told him that the agreement had to be revised because Peter Sangermano was not willing to pay for a portion of John Celona's salary.[1] The Court expressed a concern regarding double hearsay and, hence, only allowed Mr. McGuirk to testify about what Ms. Driscoll told him but not to testify about what she had learned regarding Peter Sangermano's willingness or lack thereof to pay for the fees.

The United States respectfully submits that Court the properly allowed Ms. Driscoll's statement regarding her direction to James McGuirk under Rule 801(d)(2). However, the remainder of the expected testimony about Peter Sangermano is also admissible pursuant to Rule 805 because it falls under the "state of mind" exception to the hearsay rule. Fed. R. Evid. 803(3). See, United States v. Diez, 515 F.2nd 892, 896, n.2 (5th Cir. 1975)(Allowing evidence under the well-established state of mind exception to the hearsay rule, Rule 803(3), because each part of the statement conformed with Fed. R. Evid. 805). Because there is an exception to the hearsay rule that is applicable to the statement regarding Peter Sangermano, the United States requests that the Court allow its admission under Fed. R. Evid. 803(3) and 805.

---

[1] The United States has not obtained a copy of the transcript from September 10, 2008. Accordingly, counsel is attempting to summarize the relevant exchange from notes and recollection to the best of counsel's ability.

## II. Conclusion

The United States respectfully requests that th Court reconsider its ruling concerning the admissibility of defendant Driscoll's statements to Mr. McGuirk regarding Peter Sangermano.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Luis M. Matos
LUIS M. MATOS
First Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
(401)709-5000 - phone
(401)709-5001 - fax
luis.matos@usdoj.gov

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
(401)709-5000 - phone
(401)709-5001 - fax
dulce.donovan@usdoj.gov

**CERTIFICATE OF E-FILING**

I hereby certify that on September 10, 2008, I electronically filed this Memorandum in Support of Motion for Reconsideration with the Clerk of the US District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Kristie M. Passalacqua, Esq.
Michael Connolly, Esq.
Joseph Whelan, Esq.
Hinckley, Allen & Snyder
1500 Fleet Center
Providence, RI 02903

Howard Cooper, Esq.
Todd & Weld, LLP
28 State Street
Boston, MA 02109

John A. MacFadyen, Esq.
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903

Kevin Bristow, Esq.
76 Westminster Street
Providence, RI 02903

Larry Tipton
One Center Place, Suite 220
Boston, MA 02108

/s/ LUIS M. MATOS